E-FILED
Thursday, 22 July, 2021  05:05:50 PM
Clerk, U.S. District Court, ILCD

21,34,APPEAL,CLOSED,CONSOL,LEAD,REFER,RULE 16 CONFERENCE HELD,STAYED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
## CIVIL DOCKET FOR CASE #: <u>3:15–cv–03195–RM–EIL</u>

U.S. Bank National Association et al v. Londrigan, Potter & Randle, P.C. et al

Assigned to: Judge Richard Mills

Referred to: Magistrate Judge Eric I. Long

Case in other court:  Seventh Circuit Appellate Court, 21–01664

Date Filed: 06/29/2015
Date Terminated: 03/16/2021
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**<u>Plaintiff</u>**

**U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi**
*TERMINATED: 06/26/2018*

represented by **Steven J Rotunno**
MILLER CANFIELD PADDOCK AND STONE PLC
Suite 2600
225 West Washington Street
Chicago, IL 60606
312–460–4261
Email: <u>rotunno@millercanfield.com</u>
*ATTORNEY TO BE NOTICED*

**Cara M Houck**
MILLER CANFIELD PADDOCK AND STONE PLC
Suite 2600
225 West Washington Street
Chicago, IL 60606
312–460–4200
Fax: 312–460–4201
Email: <u>houck@millercanfield.com</u>
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5**

represented by **Scott Robert Lesser**
MILLER CANFIELD PADDOCK & STONE PLC
Suite 150
840 W Long Lake Rd
Troy, MI 48098
248–879–2000
Fax: 248–879–2001
Email: <u>lesser@millercanfield.com</u>
*ATTORNEY TO BE NOTICED*

**Cara M Houck**
(See above for address)
*ATTORNEY TO BE NOTICED*

1

**Plaintiff**

**CSMC 2007−C4 Egizii Portfolio LLC**                    represented by    **Steven J Rotunno**
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
Suite 2600
225 West Washington Street
Chicago, IL 60606
312−460−4261
Email: rotunno@millercanfield.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cara M Houck**
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
Suite 2600
225 West Washington Street
Chicago, IL 60606
312−460−4200
Fax: 312−460−4201
Email: houck@millercanfield.com
*ATTORNEY TO BE NOTICED*

**Scott Robert Lesser**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Londrigan Potter & Randle PC**                    represented by    **James R Potter**
*TERMINATED: 08/15/2016*                                JAMES R POTTER PC
PO Box 399
Springfield, IL 62705
217−544−9823
Fax: 217−544−9826
Email: bud@lprpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra de Saint Phalle**
Attorney at Law
108 Woodleaf Drive
Chapel Hill, NC 27516
217−836−8306
Fax: 217−544−9826
Email: alex@lprpc.com
*TERMINATED: 09/30/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Perkins Coie**
*TERMINATED: 08/15/2016*

represented by **David M Neff**
PERKINS COIE LLP
Suite 1700
131 S Dearborn Street
Chicago, IL 60603
312–324–8400
Fax: 312–324–9689
Email: dneff@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Jason Gold**
PERKINS COIE LLP
Suite 1700
131 S Dearborn Street
Chicago, IL 60603
312–324–8400
Fax: 312–324–9540
Email: dgold@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott & Scott PC**
*TERMINATED: 08/15/2016*

represented by **Jason TH Germeraad**
SCOTT & SCOTT PC
Suite 200
611 East Monroe Street
Springfield, IL 62701
217–753–8200
Fax: 217–753–8206
Email: jtg@scottnscottlaw.com
*ATTORNEY TO BE NOTICED*

**R Stephen Scott**
SCOTT & SCOTT PC
Suite 200
611 East Monroe Street
Springfield, IL 62701
217–753–8200
Fax: 217–753–8206
Email: rss@scottnscottlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgro Hanrahan Durr Y Rabin LLP**
*TERMINATED: 08/15/2016*

represented by **Gregory P Sgro**
SGRO HANRAHAN DURR & RABIN
LLP
1119 S Sixth
Springfield, IL 62703
217–789–1200
Fax: 217–744–1711

Email: greg@casevista.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Springfield Prairie Properties, LLC**
*an Illinois limited liability company*

represented by **R Stephen Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason TH Germeraad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert W. Egizii**

represented by **James R Potter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra de Saint Phalle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas E Egizii**

represented by **James R Potter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra de Saint Phalle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Egizii**

represented by **James R Potter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra de Saint Phalle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rodney Egizii**

represented by **James R Potter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra de Saint Phalle**

(See above for address)
*TERMINATED: 09/30/2019*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jodi Baptist**                              represented by   **James R Potter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra de Saint Phalle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Pruitt**                              represented by   **James R Potter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra de Saint Phalle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pamela Johnson**                           represented by   **James R Potter**
*Executor of the Estate of Clyde Beimfohr*                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra de Saint Phalle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EEI Holding Corporation**                  represented by   **James R Potter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory P Sgro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Egizii Property Managers, LLC**            represented by   **James R Potter**
*an Illinois limited liability company*                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Gregory P Sgro
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miscellaneous Party**

**James R Potter**

**Miscellaneous Party**

**James R. Potter**                                   represented by   **Ambrose V McCall**
HINSHAW & CULBERTSON
Ste 600
416 Main Street
Peoria, IL 61602
309−674−1025
Fax: 309−674−9328
Email: amccall@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/29/2015 | 1 | | COMPLAINT *for a Preliminary Injunction (Verified)* against Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP ( Filing fee $ 400 receipt number 0753−2106370.), filed by U.S. Bank National Association, as Trustee, successor−in−interest to Bank of America, N.A., as Trustee, successor−in−interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007−C5, Commercial Mortgage Pass−Through Certificates, Series 2007−C5. (Attachments: # 1 Exhibit 1, Part 1 of 3, # 2 Exhibit 1, Part 2 of 3, # 3 Exhibit 1, Part 3 of 3, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Civil Cover Sheet)(Houck, Cara) (Entered: 06/29/2015) |
| 07/01/2015 | 2 | | Summons Issued as to Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., and Sgro, Hanrahan, Durr & Rabin, LLP. Originals mailed to attorney for service. (MJ, ilcd) (Entered: 07/01/2015) |
| 07/10/2015 | 3 | | AFFIDAVIT of Service for Summons and Complaint served on Perkins Coie on July 8, 2015, filed by U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007−C5, Commercial Mortgage Pass−Through Certificates, Series 2007−C5, U.S. Bank National Association, as Trustee, successor−in−interest to Bank of America, N.A., as Trustee, successor−in−interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 07/10/2015) |
| 07/15/2015 | 4 | | AFFIDAVIT of Service for Summons and Complaint served on Londrigan, Potter & Randle, P.C. on July 7, 2015, filed by U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007−C5, Commercial Mortgage Pass−Through |

| | | |
|---|---|---|
| | | Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 07/15/2015) |
| 07/15/2015 | 5 | AFFIDAVIT of Service for Summons and Complaint served on Scott & Scott, P.C. on July 7, 2015, filed by U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 07/15/2015) |
| 07/15/2015 | 6 | AFFIDAVIT of Service for Summons and Complaint served on Sgro, Hanrahan, Durr & Rabin, LLP on July 7, 2015, filed by U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 07/15/2015) |
| 07/27/2015 | 7 | NOTICE of Appearance of Attorney by Gregory P Sgro on behalf of Sgro, Hanrahan, Durr & Rabin, LLP (Sgro, Gregory) (Entered: 07/27/2015) |
| 07/27/2015 | 8 | MOTION for Extension of Time to File Response/Reply by Defendant Londrigan, Potter & Randle, P.C.. Responses due by 8/13/2015 (Potter, James) (Entered: 07/27/2015) |
| 07/27/2015 | 9 | NOTICE *of Withdrawal of Motion for Extension of Time to File Responsive Pleading* (Potter, James) (Entered: 07/27/2015) |
| 07/27/2015 | 10 | NOTICE of Appearance of Attorney by David M Neff on behalf of Perkins Coie (Neff, David) (Entered: 07/27/2015) |
| 07/27/2015 | 11 | NOTICE of Appearance of Attorney by David Jason Gold on behalf of Perkins Coie (Gold, David) (Entered: 07/27/2015) |
| 07/27/2015 | 12 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Memorandum in Support* by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. Responses due by 8/13/2015 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Certificate of Service)(Neff, David) (Entered: 07/27/2015) |
| 07/27/2015 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Defendant Londrigan, Potter & Randle, P.C.'s Motion for Extension of time to file Responsive Pleading 8 WITHDRAWN. See Notice of Withdrawal 9 . (LB, ilcd) (Entered: 07/27/2015) |
| 07/27/2015 | 13 | NOTICE of Appearance of Attorney by R Stephen Scott on behalf of Scott & Scott, P.C. (Scott, R) (Entered: 07/27/2015) |
| 07/27/2015 | 14 | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance of Attorney by James R Potter on behalf of Londrigan, Potter & Randle, P.C. (Potter, James) (Entered: 07/27/2015) |
| 08/06/2015 | 15 | | Joint MOTION to Consolidate Cases by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. Responses due by 8/24/2015 (Scott, R) Modified on 10/13/2015 (MJ, ilcd). (Entered: 08/06/2015) |
| 08/07/2015 | 16 | | AMENDED COMPLAINT against Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP, filed by U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Attachments: # 1 Exhibit 1, Part 1 of 3, # 2 Exhibit 1, Part 2 of 3, # 3 Exhibit 1, Part 3 of 3, # 4 Exhibit 2, # 5 Exhibit 3)(Houck, Cara) (Entered: 08/07/2015) |
| 08/11/2015 | 17 | | MOTION for Extension of Time to File Response/Reply as to 16 Amended Complaint,, by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. Responses due by 8/28/2015 (Neff, David) (Entered: 08/11/2015) |
| 08/13/2015 | | | TEXT ORDER BY RICHARD MILLS, U.S. District Judge: For good cause shown, the Defendants' Motion to Extend the Time to Answer or otherwise Respond to the Plaintiffs' Amended Complaint 17 is GRANTED. The deadline is hereby extended to September 4, 2015. Because the Plaintiffs' Amended Complaint 16 is now the operative complaint before the Court, the Defendants' Motion to Dismiss the initial Complaint 12 is DENIED AS MOOT. Entered on 8/13/2015. (MJ, ilcd) (Entered: 08/13/2015) |
| 09/04/2015 | 18 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Memorandum in Support* by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. Responses due by 9/21/2015 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Certificate of Service)(Neff, David) (Entered: 09/04/2015) |
| 09/21/2015 | 19 | | RESPONSE to Motion re 18 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Memorandum in Support* filed by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Attachments: # 1 Exhibit Group Exhibit 1)(Houck, Cara) (Entered: 09/21/2015) |
| 10/09/2015 | 20 | | ORDER BY RICHARD MILLS, U.S. District Judge: The Motion to Consolidate (d/e 15 ) is ALLOWED. It is ORDERED that the two cases are consolidated. SEE WRITTEN ORDER. Entered on 10/9/2015. (MJ, ilcd) (Entered: 10/09/2015) |
| 10/13/2015 | | | |

| | | |
|---|---|---|
| | | TEXT ORDER BY RICHARD MILLS, U.S. District Judge: The Court has been advised that the Plaintiffs oppose the Motion to Consolidate in Case Number 15–3199. Therefore, the Court VACATES the Order 20 entered in this action on October 9, 2015, directing that the two cases be consolidated. The Joint Motion to Consolidate 15 remains pending. The Plaintiffs shall respond to the Motion by October 19, 2015. If no response is filed, the Court will presume that the Plaintiffs have no opposition. Entered on 10/13/2015. (MJ, ilcd) (Entered: 10/13/2015) |
| 10/19/2015 | 21 | RESPONSE to Motion re 15 Joint MOTION to Consolidate Cases filed by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 10/19/2015) |
| 10/28/2015 | 22 | MOTION for Leave to File *a Reply in Support of Their Joint Motion to Consolidate* by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. Responses due by 11/16/2015 (Attachments: # 1 Exhibit A – Reply)(Scott, R) (Entered: 10/28/2015) |
| 11/02/2015 | | TEXT ORDER BY RICHARD MILLS, U.S. District Judge: The Defendants' Motion for Leave to File a Reply in Support of their Motion to Consolidate 22 is GRANTED. The Clerk shall docket and file the Reply ( 22 −1), which is attached to the Motion. Entered on 11/2/2015. (MJ, ilcd) (Entered: 11/02/2015) |
| 11/02/2015 | 23 | REPLY in Support of their 15 Joint MOTION to Consolidate Cases filed by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. (MJ, ilcd) (Entered: 11/02/2015) |
| 12/14/2015 | 24 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 12/14/2015) |
| 12/16/2015 | 25 | ORDER BY RICHARD MILLS, U.S. District Judge: The Motion to Consolidate (d/e 15 ) is ALLOWED. It is ORDERED that this case is consolidated with Case Number 15–3199. SEE WRITTEN ORDER. Entered on 12/16/2015. (MJ, ilcd) (Entered: 12/16/2015) |
| 01/05/2016 | 26 | MOTION for Leave to File *Supplemental Authority in Support of Plaintiffs' Response to Motions to Dismiss* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 1/22/2016 (Attachments: # 1 Exhibit A)(Houck, Cara) (Entered: 01/05/2016) |
| 01/13/2016 | 27 | |

| | | | |
|---|---|---|---|
| | | | RESPONSE to Motion re 26 MOTION for Leave to File *Supplemental Authority in Support of Plaintiffs' Response to Motions to Dismiss* filed by Defendant Springfield Prairie Properties, LLC. (Germeraad, Jason) (Entered: 01/13/2016) |
| 08/15/2016 | 28 | | OPINION BY RICHARD MILLS, U.S. District Judge: The Motion to Dismiss of Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C. and Sgro, Hanrahan, Durr & Rabin, LLP (d/e 18 ) is ALLOWED. The Plaintiffs' Motion for Leave to File Supplemental Authority in Support of the Plaintiffs' Response to the Motions to Dismiss (d/e 26 ) is DENIED. The Motion to Dismiss of Defendants EEI Holding Corporation and Egizii Property Managers, LLC, as to Counts I, II, VIII and IX (d/e 32 ) is DENIED. The Motion to Dismiss of Defendant Springfield Prairie Properties, LLC (d/e 35 ) is ALLOWED in Part and DENIED in Part. The Motion is ALLOWED as to Count V and DENIED as to Counts I, II, VI, VII and VIII. The Motion to Dismiss of Defendants Robert W. Egizii, Thomas Egizii, Michael Egizii, Rodney Egizii, Jodi Baptist, John Pruitt and Clyde Beimfohr (d/e 42 ) is ALLOWED in Part and DENIED in Part. The Motion is Allowed as to Count V and Denied as to Counts III, IV, VI, VII and VIII. SEE WRITTEN OPINION. Entered on 8/15/2016. (MJ, ilcd) (Entered: 08/15/2016) |
| 08/15/2016 | | | TEXT ORDER BY RICHARD MILLS, U.S. District Judge: The Plaintiffs' Motion for leave to file excess pages 48 was Allowed. The Clerk shall terminate Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., and Sgro, Hanrahan, Durr & Rabin, LLP pursuant to the Opinion entered. Upon the filing of Answers by the Defendants to the Plaintiffs' Complaint, this case is referred to United States Magistrate Judge Tom Schanzle–Haskins for the purpose of issuing a scheduling order. Entered on 8/15/2016. (MJ, ilcd) (Entered: 08/15/2016) |
| 08/23/2016 | 29 | | MOTION for Extension of Time to File Answer by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. Responses due by 9/9/2016 (de Saint Phalle, Alexandra) (Entered: 08/23/2016) |
| 08/23/2016 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Defendants' Joint Motion for Extension of Time 29 is ALLOWED. Defendants are granted an extension to 9/26/2016 to file their answers to Plaintiffs' Complaint. The Court notes that this Joint Motion was also filed in related Case #15–cv–3199. As this is the lead case, all pleadings should be filed in this case. Clerk is directed to terminate Joint Motion for Extension of Time filed as d/e 52 in Case #15–cv–3199. (LB, ilcd) (Entered: 08/23/2016) |
| 09/14/2016 | 30 | | MOTION for Certificate of Appealability *Pursuant to Rule 54(B)* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 10/3/2016 (Houck, Cara) (Entered: 09/14/2016) |
| 09/23/2016 | 31 | | ANSWER to Complaint AND AFFIRMATIVE DEFENSES by Springfield Prairie Properties, LLC.(Scott, R) (Entered: 09/23/2016) |

| 09/23/2016 | 32 | | ANSWER to 1 Complaint,,, AND AFFIRMATIVE DEFENSES by EEI Holding Corporation, Egizii Property Managers, LLC.(Sgro, Gregory) (Entered: 09/23/2016) |
|---|---|---|---|
| 09/26/2016 | 33 | | *Robert W Egizii & the Members* ANSWER to 1 Complaint,,, AND AFFIRMATIVE DEFENSES by Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt.(de Saint Phalle, Alexandra) (Entered: 09/26/2016) |
| 09/26/2016 | | | NOTICE OF HEARING: Telephonic Rule 16 Scheduling Conference set Thursday, 10/27/2016, at 9:30 AM (court will place call) before U.S. Magistrate Judge Tom Schanzle–Haskins. Attorneys are directed to comply with Federal Rule of Civil Procedure 26(f) by meeting as soon as practicable, and in any event at least fourteen (14) days prior to the scheduling conference, and are to submit a proposed discovery plan in writing to the Court on or before 10/25/2016. Such a plan must include, at a minimum, those items listed in CDIL–LR 26.2(3), Rule 16(b), Rule 26(f), and CDIL–LR 16.2(E) with proposed deadlines. The parties are directed to specifically address the provisions, if any, for discovery or disclosure of electronically stored information, and to discuss agreements, if any, the parties reach for asserting claims of privilege or of protection as trial preparation material, after inadvertent production. Any plan filed shall specifically address the need, or lack thereof, concerning discovery of electronically stored information. If a discovery plan is not submitted as required, the scheduling hearing will not be held and costs may be assessed. Lead counsel or other counsel of record with knowledge of the case should be available to participate in the Rule 16 scheduling hearing. (LB, ilcd) (Entered: 09/26/2016) |
| 09/30/2016 | 34 | | RESPONSE to Motion re 30 MOTION for Certificate of Appealability *Pursuant to Rule 54(B)* filed by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. (Neff, David) (Entered: 09/30/2016) |
| 10/25/2016 | 35 | | DISCOVERY PLAN – PROPOSED/Report of Rule 26(f)Planning Meeting by U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 10/25/2016) |
| 10/26/2016 | 36 | | OPINION BY RICHARD MILLS, U.S. District Judge: The Plaintiffs' Motion for Certification of Appeal pursuant to Rule 54(b) (d/e 30 ) is DENIED. The Court's Opinion and Order of August 15, 2016 (d/e 28 ) is not a final judgment and may be appealed following the issuance of a judgment in this consolidated action. SEE WRITTEN OPINION. Entered by Judge Richard Mills on 10/25/2016. (MJC, ilcd) (Entered: 10/26/2016) |
| 10/27/2016 | 37 | | MINUTE ENTRY for proceedings held before U.S. Magistrate Judge Tom Schanzle–Haskins: Telephonic Rule 16 Scheduling Conference held on 10/27/2016 with counsel Cara Houck, Stephen Scott, Jason Germeraad, Alexandra de Saint Phalle, and Greg Sgro. Written Scheduling Order to follow. Parties are reminded of their option to consent to proceed before U.S. Magistrate Judge. See attached form. (LB, ilcd) (Entered: 10/27/2016) |

| 10/27/2016 | 38 | | NOTICE of Appearance of Attorney by Jason TH Germeraad on behalf of Springfield Prairie Properties, LLC (Germeraad, Jason) (Entered: 10/27/2016) |
|---|---|---|---|
| 10/27/2016 | 39 | | SCHEDULING ORDER entered by U.S. Magistrate Judge Tom Schanzle–Haskins. TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS: Initial Disclosures due by 11/30/2016; Plaintiff`s Expert Disclosure due by 2/28/2017; Defendant`s Expert Disclosure due by 5/31/2017; Discovery due by 4/30/2018; Amended Pleadings due by 6/30/2018; Joinder of Parties due by 6/30/2018; Dispositive Motions due by 7/31/2018. Final Pretrial Conference set 11/1/2018 at 2:00 PM in chambers in Springfield before U.S. District Judge Richard Mills. Bench Trial set 11/6/2018 at 10:00 AM in Courtroom 2 in Springfield before Judge Mills. Telephonic Status Conference set Tuesday, 5/1/2018, at 10:30 AM (court will place call) before Magistrate Judge Schanzle–Haskins. See written order. (Attachments: #(1) Mediation Memo, #(2) Courtroom Technology Brochure) (LB, ilcd) (Entered: 10/27/2016) |
| 11/29/2016 | 40 | | CERTIFICATE OF SERVICE by Springfield Prairie Properties, LLC for *Defendant's Rule 26 Initial Disclosure* (Germeraad, Jason) (Entered: 11/29/2016) |
| 11/30/2016 | 41 | | CERTIFICATE of Service/Counsel *The Members' Rule 26 Initial Disclosures* by Alexandra de Saint Phalle on behalf of Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt (de Saint Phalle, Alexandra) (Entered: 11/30/2016) |
| 11/30/2016 | 42 | | CERTIFICATE *Certificate of Filing Rule 26(a)(1) Disclosures by Defendants EEI Holding Corp and Egizii Property Mgrs..* (Sgro, Gregory) (Entered: 11/30/2016) |
| 11/30/2016 | 43 | | CERTIFICATE of Service/Counsel *of Rule 26 Disclosures* by Cara M Houck on behalf of All Plaintiffs (Houck, Cara) (Entered: 11/30/2016) |
| 05/08/2017 | 44 | | Joint MOTION for Order *Extending Subpoena Response Deadline (Agreed)* by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. Responses due by 5/22/2017 (Attachments: # 1 Exhibit A – proposed order)(Gold, David) (Entered: 05/08/2017) |
| 05/12/2017 | 45 | | ORDER BY RICHARD MILLS, U.S. District Judge: The Motion for Entry of the Agreed Order Extending the Subpoena Response Deadline (d/e 44 ) is GRANTED. The Firms' deadline to respond, object and/or move to quash the Subpoenas under Federal Rule of Civil Procedure 45 shall be extended to May 25, 2017. SEE WRITTEN ORDER. Entered on 5/11/2017. (MJC, ilcd) (Entered: 05/12/2017) |
| 05/24/2017 | 46 | | MOTION to Quash *Subpoenas* by Defendants Londrigan, Potter & Randle, P.C., Perkins Coie, Scott & Scott, P.C., Sgro, Hanrahan, Durr & Rabin, LLP. Responses due by 6/7/2017 (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Gold, David) (Entered: 05/24/2017) |
| 05/31/2017 | 47 | | CERTIFICATE *of Service – Defendant's Rule 26 Disclosure of Expert Witnesses*. (Germeraad, Jason) (Entered: 05/31/2017) |
| 05/31/2017 | 48 | | |

| | | | |
|---|---|---|---|
| | | | CERTIFICATE *of Service − Defendant's Amended Rule 26 Disclosure of Expert Witnesses*. (Scott, R) (Entered: 05/31/2017) |
| 06/12/2017 | 49 | | MOTION for Extension of Time to File Response/Reply as to 46 MOTION to Quash *Subpoenas* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007−C5, Commercial Mortgage Pass−Through Certificates, Series 2007−C5, U.S. Bank National Association, as Trustee, successor−in−interest to Bank of America, N.A., as Trustee, successor−in−interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 6/26/2017 (Houck, Cara) (Entered: 06/12/2017) |
| 06/13/2017 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle−Haskins: Plaintiffs' Motion for Entry of Agreed Order Extending Plaintiffs' Deadline to Respond to the Firms' Motion to Quash Subpoenas 49 is ALLOWED. The Plaintiffs' time to respond to the pending Motion to Quash Subpoenas 46 is extended to June 14, 2017. Entered by Magistrate Judge Tom Schanzle−Haskins on 6/13/2017. (MJC, ilcd) (Entered: 06/13/2017) |
| 06/14/2017 | 50 | | RESPONSE to Motion re 46 MOTION to Quash *Subpoenas* filed by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007−C5, Commercial Mortgage Pass−Through Certificates, Series 2007−C5, U.S. Bank National Association, as Trustee, successor−in−interest to Bank of America, N.A., as Trustee, successor−in−interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Houck, Cara) (Entered: 06/14/2017) |
| 07/24/2017 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle−Haskins: Judge Schanzle−Haskins disqualifies himself and recuses himself from participation in this matter pursuant to 28 U.S.C. 455(a). Pursuant to instructions from Chief Judge James E. Shadid, this matter is reassigned to U.S. Magistrate Judge Eric Long. Entered on 7/24/2017. (MJC, ilcd) (Entered: 07/24/2017) |
| 08/24/2017 | 51 | | ORDER entered by Magistrate Judge Eric I. Long on 8/24/2017. The Motion to Quash 46 is DENIED. The Court directs the Law Firms to produce the requested documents, dating back to September 1, 2012, within 14 days. See written Order. (DS, ilcd) (Entered: 08/24/2017) |
| 08/25/2017 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 8/25/2017. A telephone status conference is set for 11/16/17, at 10:15 a.m. before Magistrate Judge Eric I. Long. The Court will initiate the call.(DS, ilcd) (Entered: 08/25/2017) |
| 08/28/2017 | 52 | | AFFIRMATIVE DEFENSES re 31 Answer to Complaint , AMENDED ANSWER to by Defendant Springfield Prairie Properties, LLC. (Scott, R) (Entered: 08/28/2017) |
| 08/28/2017 | 53 | | CERTIFICATE *of Service of Discovery Documents*. (Scott, R) (Entered: 08/28/2017) |
| 08/28/2017 | 54 | | CERTIFICATE *Of Service of Discovery Documents*. (Sgro, Gregory) (Entered: 08/28/2017) |
| 08/28/2017 | 55 | | |

| | | | |
|---|---|---|---|
| | | | CERTIFICATE *of Service of Discovery Documents*. (Sgro, Gregory) (Entered: 08/28/2017) |
| 08/28/2017 | 56 | | CERTIFICATE of Service/Counsel *Robert Egizii's Answers to Plaintiffs' Request to Admit* by Alexandra de Saint Phalle on behalf of Robert W. Egizii (de Saint Phalle, Alexandra) (Entered: 08/28/2017) |
| 08/28/2017 | 57 | | CERTIFICATE of Service/Counsel *Robert Egizii's Answers to Plaintiffs' Requests to Admit to Members* by Alexandra de Saint Phalle on behalf of Robert W. Egizii (de Saint Phalle, Alexandra) (Entered: 08/28/2017) |
| 09/08/2017 | 58 | | CERTIFICATE of Service/Counsel *Michael Egizii's Answers to Plaintiffs' Requests to Admit* by Alexandra de Saint Phalle on behalf of Michael Egizii (de Saint Phalle, Alexandra) (Entered: 09/08/2017) |
| 09/08/2017 | 59 | | CERTIFICATE of Service/Counsel *Rodney Egizii's Answers to Plaintiffs' Requests to Admit* by Alexandra de Saint Phalle on behalf of Rodney Egizii (de Saint Phalle, Alexandra) (Entered: 09/08/2017) |
| 09/08/2017 | 60 | | CERTIFICATE of Service/Counsel *Jodi "Niki" Baptist's Answers to Plaintiffs' Requests to Admit* by Alexandra de Saint Phalle on behalf of Jodi Baptist (de Saint Phalle, Alexandra) (Entered: 09/08/2017) |
| 09/08/2017 | 61 | | CERTIFICATE of Service/Counsel *Thomas Egizii's Answers to Plaintiffs' Requests to Admit* by Alexandra de Saint Phalle on behalf of Thomas E Egizii (de Saint Phalle, Alexandra) (Entered: 09/08/2017) |
| 09/08/2017 | 62 | | CERTIFICATE of Service/Counsel *John Pruitt's Answers to Plaintiffs' Requests to Admit* by Alexandra de Saint Phalle on behalf of John Pruitt (de Saint Phalle, Alexandra) (Entered: 09/08/2017) |
| 09/08/2017 | 63 | | CERTIFICATE of Service/Counsel *Clyde Beimfohr's Answers to Plaintiffs' Requests to Admit* by Alexandra de Saint Phalle on behalf of Clyde Beimfohr (de Saint Phalle, Alexandra) (Entered: 09/08/2017) |
| 09/21/2017 | 64 | | CERTIFICATE of Service/Counsel *LPR's Response to Subpoena* by Alexandra de Saint Phalle on behalf of Robert W. Egizii (de Saint Phalle, Alexandra) (Entered: 09/21/2017) |
| 09/21/2017 | 65 | | CERTIFICATE *of Service*. (Sgro, Gregory) (Entered: 09/21/2017) |
| 09/21/2017 | 66 | | CERTIFICATE *of Service*. (Scott, R) (Entered: 09/21/2017) |
| 10/02/2017 | 67 | | CERTIFICATE *of Service of Discovery Documents*. (Germeraad, Jason) (Entered: 10/02/2017) |
| 10/02/2017 | 68 | | CERTIFICATE *of Service*. (Sgro, Gregory) (Entered: 10/02/2017) |
| 10/02/2017 | 69 | | CERTIFICATE *of Service*. (Sgro, Gregory) (Entered: 10/02/2017) |
| 10/02/2017 | 70 | | CERTIFICATE *of Service*. (Sgro, Gregory) (Entered: 10/02/2017) |
| 10/02/2017 | 71 | | CERTIFICATE of Service/Counsel *Documents referenced in LPR's Response to Subpoena* by Alexandra de Saint Phalle on behalf of Robert W. Egizii (de Saint Phalle, Alexandra) (Entered: 10/02/2017) |
| 10/03/2017 | 72 | | CERTIFICATE *of Service of Discovery Documents – Amended*. (Germeraad, Jason) (Entered: 10/03/2017) |

| 10/06/2017 | 73 | | MOTION for Protective Order by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt, Springfield Prairie Properties, LLC. Responses due by 10/20/2017 (Attachments: # 1 Exhibit A)(Germeraad, Jason) (Entered: 10/06/2017) |
| --- | --- | --- | --- |
| 10/06/2017 | 74 | | CERTIFICATE of Service/Counsel *Robert Egizii's Answers to Interrogatories* by Alexandra de Saint Phalle on behalf of Robert W. Egizii (de Saint Phalle, Alexandra) (Entered: 10/06/2017) |
| 10/06/2017 | 75 | | CERTIFICATE of Service/Counsel *Defendant Members Answers to Interrogatories* by Alexandra de Saint Phalle on behalf of Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt (de Saint Phalle, Alexandra) (Entered: 10/06/2017) |
| 10/06/2017 | 76 | | CERTIFICATE of Service/Counsel *Defendant Members Response to Request for Production* by Alexandra de Saint Phalle on behalf of Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt (de Saint Phalle, Alexandra) (Entered: 10/06/2017) |
| 10/10/2017 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 10/10/2017. The parties' Motion for Entry of Agreed Protective Order 73 is GRANTED. The parties must comply with Local Rule 5.10 when filling documents under seal. The Court will enter the Protective Order separately. (DS, ilcd) (Entered: 10/10/2017) |
| 10/10/2017 | 77 | | AGREED PROTECTIVE ORDER entered by Magistrate Judge Eric I. Long on 10/10/2017. See written Order. (DS, ilcd) (Entered: 10/10/2017) |
| 11/16/2017 | | | Minute Entry for proceedings held 11/16/2017 before Magistrate Judge Eric I. Long. Appearance for the plaintiff by Cara Houck. Appearance for the defendants by Gregory Sgro, R. Stephen Scott, Jason Germeraad, and Alexandra de Saint Phalle. Status Conference held by telephone. Status of case and discovery discussed. Further Status Conference set for 1/17/2018 at 10:15 AM by telephone from Urbana (court will place call) before Magistrate Judge Eric I. Long. (Tape #UR–B 10:20 AM.) (DS, ilcd) (Entered: 11/16/2017) |
| 12/08/2017 | 78 | | MOTION for Partial Summary Judgment *and Memorandum in Support as to Liability on Counts I and IV of Plaintiffs' Complaint* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 12/29/2017 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5A, # 6 Exhibit 5B, # 7 Exhibit 5C, # 8 Exhibit 5D, # 9 Exhibit 5E, # 10 Exhibit 6A, # 11 Exhibit 6B, # 12 Exhibit 6C, # 13 Exhibit 6D)(Houck, Cara) (Entered: 12/08/2017) |
| 12/11/2017 | 79 | | CERTIFICATE of Service. (Sgro, Gregory) (Entered: 12/11/2017) |
| 12/12/2017 | 80 | | Joint MOTION for Extension of Time to File Response/Reply as to 78 MOTION for Partial Summary Judgment *and Memorandum in Support as to Liability on Counts I and IV of Plaintiffs' Complaint* by Defendant Robert W. Egizii. Responses due by 12/26/2017 (Attachments: # 1 Exhibit)(de Saint |

| | | | |
|---|---|---|---|
| | | | Phalle, Alexandra) (Entered: 12/12/2017) |
| 12/12/2017 | 81 | | CERTIFICATE *of Service*. (Germeraad, Jason) (Entered: 12/12/2017) |
| 12/14/2017 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: Pending is the Joint Motion of the Defendants for an Extension of Time to File a Response to the Plaintiffs' Partial Summary Judgment Motion. The Plaintiffs are opposed to the request. The response is currently due on December 29, 2017. Because the Plaintiffs' Motion for partial summary judgment is over 300 pages and given that Defendants' Counsel represent that they will be out of state for the Christmas and New Years' holidays, the Court finds that Defendants have provided good cause for their request for an extension. The Motion for an Extension of Time 80 is GRANTED. The deadline for filing a response is hereby extended from December 29, 2017 to February 2, 2018. Entered on 12/14/2017. (MJC, ilcd) (Entered: 12/14/2017) |
| 01/17/2018 | | | Minute Entry for proceedings held 1/17/2018 before Magistrate Judge Eric I. Long. Appearance for the plaintiff by Cara Houck. Appearance for the defendants by R. Stephen Scott, Gregory Sgro, Jason Germeraad, and Alexandra de Saint Phalle. Status Conference held by telephone. Status of case and discovery discussed. Further Status Conference set for 4/3/2018 at 10:30 AM by telephone from Urbana (court will place call) before Magistrate Judge Eric I. Long. (Tape #UR–B 10:18 AM.) (DS, ilcd) (Entered: 01/17/2018) |
| 01/18/2018 | 82 | | NOTICE of Appearance of Attorney by Steven J Rotunno on behalf of U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi (Rotunno, Steven) (Entered: 01/18/2018) |
| 01/31/2018 | 83 | | MOTION to Compel *Non–Party Law Firms to Respond to Plaintiffs' Subpoenas, to Comply with this Court's Order and to Allow Plaintiffs' Objections* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 2/14/2018 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Houck, Cara) (Entered: 01/31/2018) |
| 01/31/2018 | 84 | | MOTION to Compel *EGIZII PROPERTY MANAGERS, LLC AND EEI HOLDING CORPORATION* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 2/14/2018 (Attachments: # 1 Exhibit Group 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Houck, Cara) (Entered: 01/31/2018) |
| 01/31/2018 | 85 | | MOTION for Leave to File Document Under Seal by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap |

| | | | |
|---|---|---|---|
| | | | Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 2/14/2018 (Houck, Cara) (Entered: 01/31/2018) |
| 01/31/2018 | <u>86</u> | | +++ **SEALED DOCUMENT.. (Houck, Cara) (Entered: 01/31/2018)** |
| 02/02/2018 | <u>87</u> | | RESPONSE to Motion re <u>78</u> MOTION for Partial Summary Judgment *and Memorandum in Support as to Liability on Counts I and IV of Plaintiffs' Complaint* filed by Defendant Robert W. Egizii. (Attachments: # <u>1</u> Exhibit A)(de Saint Phalle, Alexandra) (Entered: 02/02/2018) |
| 02/02/2018 | <u>88</u> | | RESPONSE to Motion re <u>78</u> MOTION for Partial Summary Judgment *and Memorandum in Support as to Liability on Counts I and IV of Plaintiffs' Complaint* filed by Defendant Springfield Prairie Properties, LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G)(Germeraad, Jason) (Entered: 02/02/2018) |
| 02/14/2018 | <u>89</u> | | RESPONSE to Motion re <u>84</u> MOTION to Compel *EGIZII PROPERTY MANAGERS, LLC AND EEI HOLDING CORPORATION* filed by Defendant Londrigan Potter & Randle PC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(de Saint Phalle, Alexandra) (Entered: 02/14/2018) |
| 02/14/2018 | <u>90</u> | | RESPONSE to Motion re <u>83</u> MOTION to Compel *Non–Party Law Firms to Respond to Plaintiffs' Subpoenas, to Comply with this Court's Order and to Allow Plaintiffs' Objections* filed by Defendant Perkins Coie. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8)(Neff, David) (Entered: 02/14/2018) |
| 02/14/2018 | <u>91</u> | | RESPONSE to Motion re <u>84</u> MOTION to Compel *EGIZII PROPERTY MANAGERS, LLC AND EEI HOLDING CORPORATION* filed by Defendant EEI Holding Corporation. (Sgro, Gregory) (Entered: 02/14/2018) |
| 02/14/2018 | <u>92</u> | | RESPONSE to Motion re <u>83</u> MOTION to Compel *Non–Party Law Firms to Respond to Plaintiffs' Subpoenas, to Comply with this Court's Order and to Allow Plaintiffs' Objections* filed by Defendant Scott & Scott PC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F)(Germeraad, Jason) (Entered: 02/14/2018) |
| 02/16/2018 | <u>93</u> | | MOTION for Leave to File Excess Pages *Instanter* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 3/2/2018 (Houck, Cara) (Entered: 02/16/2018) |
| 02/16/2018 | <u>94</u> | | REPLY to Response to Motion re <u>78</u> MOTION for Partial Summary Judgment *and Memorandum in Support as to Liability on Counts I and IV of Plaintiffs' Complaint* filed by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust |

| | | | |
|---|---|---|---|
| | | | 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 02/16/2018) |
| 02/28/2018 | 95 | | CERTIFICATE of Service/Counsel *of Plaintiffs' Supplemental Rule 26(a) Disclosures* by Cara M Houck on behalf of All Plaintiffs (Houck, Cara) (Entered: 02/28/2018) |
| 03/06/2018 | 96 | | CERTIFICATE of Service/Counsel *of Plaintiffs' Supplemental Disclosure of Expert Witness(es)* by Cara M Houck on behalf of All Plaintiffs (Houck, Cara) (Entered: 03/06/2018) |
| 03/09/2018 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 3/9/2018. The Court directs Plaintiff to inform the Court of the specific discovery requests that remain at issue subsequent to the parties' meet and confer meeting for the pending Motions to Compel 83 , 84 . Additionally, Plaintiff should attach the privilege logs at issue. These filings are due within 7 days. (Miscellaneous Deadline 3/16/2018) (DS, ilcd) (Entered: 03/09/2018) |
| 03/12/2018 | 97 | | MOTION to Quash *Subpoena to Testify at a Deposition Served on Attorney R. Stephen Scott* by Defendant Scott & Scott PC. Responses due by 3/26/2018 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Germeraad, Jason) (Entered: 03/12/2018) |
| 03/12/2018 | 98 | | MOTION to Quash *Subpoena to Testify at a Deposition Served on Attorney James R. Potter Scheduled for March 21, 2018* by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. Responses due by 3/26/2018 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(de Saint Phalle, Alexandra) (Entered: 03/12/2018) |
| 03/13/2018 | 99 | | MOTION to Quash *Subpoena to Testify at a Deposition Served on Attorney Gregory P. Sgro* by Defendant Sgro Hanrahan Durr Y Rabin LLP. Responses due by 3/27/2018 (Sgro, Gregory) (Entered: 03/13/2018) |
| 03/13/2018 | 100 | | CERTIFICATE of Service/Counsel *Response to Request for Production of Documents* by Alexandra de Saint Phalle on behalf of Robert W. Egizii (de Saint Phalle, Alexandra) (Entered: 03/13/2018) |
| 03/13/2018 | 101 | | CERTIFICATE of Service/Counsel *Response to Request for Production of Documents* by Alexandra de Saint Phalle on behalf of Jodi Baptist (de Saint Phalle, Alexandra) (Entered: 03/13/2018) |
| 03/13/2018 | 102 | | CERTIFICATE of Service/Counsel *Response to Request for Production of Documents* by Alexandra de Saint Phalle on behalf of Thomas E Egizii (de Saint Phalle, Alexandra) (Entered: 03/13/2018) |
| 03/13/2018 | 103 | | CERTIFICATE of Service/Counsel *Response to Request for Production of Documents* by Alexandra de Saint Phalle on behalf of Michael Egizii (de Saint Phalle, Alexandra) (Entered: 03/13/2018) |
| 03/13/2018 | 104 | | CERTIFICATE of Service/Counsel *Response to Request for Production of Documents* by Alexandra de Saint Phalle on behalf of Clyde Beimfohr (de Saint Phalle, Alexandra) (Entered: 03/13/2018) |

| 03/14/2018 | | | Text order entered by Magistrate Judge Eric I. Long on 3/14/2018. A telephonic hearing on the pending motions to quash subpoenas <u>97</u> , <u>98</u> , <u>99</u> is set for 3/16/18 at 9:30 AM. The Court will initiate the call. (DS, ilcd) (Entered: 03/14/2018) |
|---|---|---|---|
| 03/16/2018 | <u>105</u> | | MOTION to Supplement <u>83</u> MOTION to Compel *Non−Party Law Firms to Respond to Plaintiffs' Subpoenas, to Comply with this Court's Order and to Allow Plaintiffs' Objections* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007−C5, Commercial Mortgage Pass−Through Certificates, Series 2007−C5, U.S. Bank National Association, as Trustee, successor−in−interest to Bank of America, N.A., as Trustee, successor−in−interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 3/30/2018 (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15)(Houck, Cara) (Entered: 03/16/2018) |
| 03/16/2018 | <u>106</u> | | MOTION to Seal *for Leave to File Under Seal* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007−C5, Commercial Mortgage Pass−Through Certificates, Series 2007−C5, U.S. Bank National Association, as Trustee, successor−in−interest to Bank of America, N.A., as Trustee, successor−in−interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 3/30/2018 (Houck, Cara) (Entered: 03/16/2018) |
| 03/16/2018 | <u>107</u> | | **+++ SEALED DOCUMENT.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 9, # <u>6</u> Exhibit 14, # <u>7</u> Exhibit 15)(Houck, Cara) (Entered: 03/16/2018)** |
| 03/16/2018 | | | Minute Entry for proceedings held 3/16/18 before Magistrate Judge Eric I. Long. Appearance on behalf of plaintiff by Cara Houck. Appearances on behalf of defendants by Greg Sgro, Stephen Scott, Jason Germeraad, Alexandra de Saint Phalle and James Potter. Motion Hearing held by telephone re <u>97</u> MOTION to Quash Subpoena, <u>98</u> MOTION to Quash Subpoena <u>99</u> MOTION to Quash Subpoena. Arguments heard. (Tape #UR−B 9:35 AM.) (SKR, ilcd) (Entered: 03/19/2018) |
| 03/19/2018 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 3/19/2018. Plaintiffs' Motion to Supplement Motion to Compel <u>105</u> is GRANTED. (DS, ilcd) (Entered: 03/19/2018) |
| 03/22/2018 | <u>108</u> | | ORDER entered by Magistrate Judge Eric I. Long on 3/22/2018. The Motion to Compel <u>84</u> is GRANTED, except that the Court limits the discovery period to 2009−2014. See written Order. (DS, ilcd) (Entered: 03/22/2018) |
| 03/26/2018 | <u>109</u> | | SUGGESTION OF BANKRUPTCY Upon the Record by Rodney Egizii. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit)(de Saint Phalle, Alexandra) (Entered: 03/26/2018) |
| 03/26/2018 | <u>110</u> | | RESPONSE to Motion re <u>97</u> MOTION to Quash *Subpoena to Testify at a Deposition Served on Attorney R. Stephen Scott*, <u>98</u> MOTION to Quash *Subpoena to Testify at a Deposition Served on Attorney James R. Potter Scheduled for March 21, 2018*, <u>99</u> MOTION to Quash *Subpoena to Testify at a* |

| | | |
|---|---|---|
| | | *Deposition Served on Attorney Gregory P. Sgro* filed by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. (Houck, Cara) (Entered: 03/26/2018) |
| 03/27/2018 | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 3/27/2018. Pursuant to the Notice of Bankruptcy and Suggestion of Automatic Stay 109 , this case is stayed as to Defendant Rodney Egizii. (DS, ilcd) (Entered: 03/27/2018) |
| 03/28/2018 | 111 | CERTIFICATE of Service/Counsel *Londrigan, Potter & Randle, P.C.'s Revised Privilege Log* by Alexandra de Saint Phalle on behalf of Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt (Attachments: # 1 Exhibit)(de Saint Phalle, Alexandra) (Entered: 03/28/2018) |
| 03/28/2018 | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 3/28/2018. A telephone status conference is set for 3/29/18 at 9:15 AM before Magistrate Judge Eric I. Long. The Court will discuss pending Motions 97 , 98 , and 99 . The Court will initiate the call.(DS, ilcd) (Entered: 03/28/2018) |
| 03/29/2018 | | Minute Entry for proceedings held 3/29/2018 before Magistrate Judge Eric I. Long. Appearance for the plaintiff by Cara Houck. Appearance for the defendants by David Gold, Jason Germeraad, R Stephen Scott, Gregory Sgro and Alexandra de Saint Phalle by telephone. Status Conference held by telephone. Status of case discussed. Further Status Conference set for 5/24/2018 at 11:00 AM by telephone from Urbana (court will place call) before Magistrate Judge Eric I. Long. (Tape #UR–B 9:21 AM.) (DS, ilcd) (Entered: 03/29/2018) |
| 03/30/2018 | 112 | ORDER entered by Magistrate Judge Eric I. Long on 3/30/2018. Plaintiffs' Motion to Compel Non–Party Law Firms to Respond to Plaintiffs' Subpoenas, to Comply with this Court's Order and to Allow Plaintiffs' Objections 83 is granted in part and denied in part. All responses must be produced by April 16, 2018. Plaintiffs' Motion for Leave to File Under Seal 106 is granted, as the documents contain confidential discovery disclosures. The Law Firms' requests for sanctions and/or attorneys' fees are denied. See written order. (KE, ilcd) (Entered: 03/30/2018) |
| 04/03/2018 | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 4/3/18. Plaintiffs' Motion for Leave to File Under Seal 85 is GRANTED. Document 86 shall remain sealed. (KM, ilcd) (Entered: 04/03/2018) |
| 04/04/2018 | 113 | CERTIFICATE *of Service of Discovery Documents*. (Germeraad, Jason) (Entered: 04/04/2018) |
| 04/04/2018 | 114 | CERTIFICATE *of Service of Discovery Documents*. (Sgro, Gregory) (Entered: 04/04/2018) |
| 04/06/2018 | 115 | MOTION for Extension of Time to Complete Discovery *Until July 31, 2018* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National |

| | | |
|---|---|---|
| | | | Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 4/20/2018 (Houck, Cara) (Entered: 04/06/2018) |
| 04/09/2018 | <u>116</u> | | ORDER Entered by Magistrate Judge Eric I. Long on 4/9/18 denying Motions <u>97</u> , <u>98</u> and <u>99</u> . SEE WRITTEN ORDER. (SKR, ilcd) (Entered: 04/09/2018) |
| 04/10/2018 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 4/10/2018. Plaintiffs' Motion for an Extension of Time Until July 31, 2018 to Complete Discovery is GRANTED. Discovery closes 7/31/18. The dispositive motion deadline is 8/31/18. The Final Pretrial Conference is RESCHEDULED to 12/18/18 at 2:00 PM in chambers in Springfield before U.S. District Judge Richard Mills. Bench Trial set 1/8/19 at 10:00 AM in Courtroom 2 in Springfield before Judge Mills. (Discovery due by 7/31/2018; Motions due by 8/31/2018) (DS, ilcd) (Entered: 04/10/2018) |
| 04/13/2018 | <u>117</u> | | CERTIFICATE of Service/Counsel *LPR's Second Revised Privilege Log and Updated Response to First Subpoena and Response to Second Subpoena to Produce Documents* by Alexandra de Saint Phalle on behalf of Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt (de Saint Phalle, Alexandra) (Entered: 04/13/2018) |
| 04/16/2018 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 4/16/2018. Pursuant to the text order entered on 4/10/18, Plaintiff's Motion for Extension of Time to Complete Discovery <u>115</u> is GRANTED. (DS, ilcd) (Entered: 04/16/2018) |
| 05/14/2018 | <u>118</u> | | NOTICE of Appearance of Attorney by Ambrose V McCall on behalf of James R. Potter (McCall, Ambrose) (Entered: 05/14/2018) |
| 05/23/2018 | <u>119</u> | | CERTIFICATE *of Service of Discovery Documents*. (Germeraad, Jason) (Entered: 05/23/2018) |
| 05/24/2018 | | | Minute Entry for proceedings held 5/24/18 before Magistrate Judge Eric I. Long. Appearance on behalf of plaintiffs by Cara Houck. Appearances on behalf of defendants by David Gold, Stephen Scott, Jason Germeraad, Alexandra de Saint Phalle and Gregory Sgro. Telephone Status Conference held. Status of case and discovery discussed. Status Conference set for 6/27/2018 at 10:15 AM by telephone from Urbana (court will place call) before Magistrate Judge Eric I. Long. (Tape #UR–B 11:17 AM.) (SKR, ilcd) (Entered: 05/24/2018) |
| 05/29/2018 | <u>120</u> | | CERTIFICATE *of Service of Discovery Documents*. (Sgro, Gregory) (Entered: 05/29/2018) |
| 06/05/2018 | <u>121</u> | | MOTION to Substitute Party, U.S. Bank National Association, as Trustee, Successor–in–Interest to Bank of America, N.A., as Trustee, Successor–in–Interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass–Through Certificates, Series 2007–C4 to be replaced by CSMC 2007–C4 Egizii Portfolio LLC, by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, |

| | | | |
|---|---|---|---|
| | | | successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 6/19/2018 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Houck, Cara) (Entered: 06/05/2018) |
| 06/14/2018 | 122 | | CERTIFICATE of Service/Counsel *of Plaintiffs' Second Supplemental Rule 26(a) Disclosures* by Cara M Houck on behalf of All Plaintiffs (Houck, Cara) (Entered: 06/14/2018) |
| 06/22/2018 | 123 | | MOTION to Strike *Defense Expert Don Wright's Report and Bar his Testimony at Trial* by Plaintiffs U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5, U.S. Bank National Association, as Trustee, successor–in–interest to Bank of America, N.A., as Trustee, successor–in–interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credi. Responses due by 7/6/2018 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Houck, Cara) (Entered: 06/22/2018) |
| 06/26/2018 | 124 | | MOTION for Extension of Time to File Response/Reply as to 123 MOTION to Strike *Defense Expert Don Wright's Report and Bar his Testimony at Trial* by Defendant Springfield Prairie Properties, LLC. Responses due by 7/10/2018 (Germeraad, Jason) (Entered: 06/26/2018) |
| 06/26/2018 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 6/26/2018. Plaintiff's Motion for Substitution of Plaintiff Pursuant to Fed. R. Civ. P. 25(C) 121 is GRANTED. Pursuant to Local Rule 7.1(B)(2), because no response was filed, the court presumes there is no opposition. The Court directs the Clerk to substitute CSMC 2007–C4 Egizii Portfolio LLC for U.S. Bank National Association, as Trustee, Successor–in Interest to Bank of America, N.A., as Trustee, Successor–in–Interest to Wells Fargo Bank, N.A., as Trustee, for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass–Through Certificates, Series 2007–C4. (DS, ilcd) (Entered: 06/26/2018) |
| 06/27/2018 | | | Minute Entry for proceedings held 6/27/2018 before Magistrate Judge Eric I. Long. Appearance for the plaintiff by Cara Houck. Appearance for defendants by Stephen Scott, Jason Germeraad, Alexandra de Saint Phalle, David Gold and Greg Sgro. Status Conference held by telephone. Status of case and discovery discussed. Plaintiff intends to amend the complaint and orally requests additional time to file objections stated. Oral motion denied. Further Status Conference set for 7/31/2018 at 11:00 AM by telephone from Urbana (court will place call) before Magistrate Judge Eric I. Long. (Tape #UR–B 10:41 AM.) (DS, ilcd) (Entered: 06/27/2018) |
| 06/28/2018 | 125 | | CERTIFICATE *Of Service of Discovery Documents*. (Sgro, Gregory) (Entered: 06/28/2018) |
| 06/29/2018 | 126 | | MOTION for Leave to File *Second Amended Complaint and Memorandum in Support thereof* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 7/13/2018 (Attachments: # 1 Exhibit Proposed Second Amended Complaint)(Houck, Cara) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/29/2018) |
| 06/29/2018 | 127 | | MOTION for Leave to File Document Under Seal by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 7/13/2018 (Houck, Cara) (Entered: 06/29/2018) |
| 06/29/2018 | 128 | | +++ **SEALED DOCUMENT.. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 21)(Houck, Cara) (Entered: 06/29/2018)** |
| 07/02/2018 | 129 | | Joint MOTION for Extension of Time to File Response/Reply *to Plaintiff's Motion for Leave to File Second Amended Complaint* by Defendant Londrigan Potter & Randle PC. Responses due by 7/16/2018 (de Saint Phalle, Alexandra) (Entered: 07/02/2018) |
| 07/03/2018 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 7/3/2018. The Joint Motion for Extension of Time to File a Response to Plaintiffs' Motion for Leave to File Second Amended Complaint 129 is GRANTED. The deadline to respond to Plaintiff's Motion for Leave to File Second Amended Complaint is extended to 7/27/18. (Responses due by 7/27/2018)(DS, ilcd) (Entered: 07/03/2018) |
| 07/03/2018 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: For good cause shown, the Motion of Defendant Springfield Prairie Properties, LLC, for an extension of time in which to file a response to the Plaintiffs' Motion to strike Defense Expert Don Wright's Report and bar his testimony at trial 124 is GRANTED. The deadline for filing a response is extended from July 6, 2018 to July 20, 2018. The Plaintiffs' Motion for leave to file a Reply Brief in excess of five pages instanter 93 is GRANTED. Entered on 7/3/2018. (MJC, ilcd) (Entered: 07/03/2018) |
| 07/20/2018 | 130 | | CERTIFICATE of Service/Counsel *E.L. Pruitt Company's Response to Plaintiff's Subpoena* by Alexandra de Saint Phalle on behalf of John Pruitt (de Saint Phalle, Alexandra) (Entered: 07/20/2018) |
| 07/20/2018 | 131 | | CERTIFICATE *of Service – Response to Subpoena to Produce Documents.* (Scott, R) (Entered: 07/20/2018) |
| 07/20/2018 | 132 | | RESPONSE to Motion re 123 MOTION to Strike *Defense Expert Don Wright's Report and Bar his Testimony at Trial* filed by Defendant Springfield Prairie Properties, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Germeraad, Jason) (Entered: 07/20/2018) |
| 07/20/2018 | 133 | | RESPONSE to Motion re 123 MOTION to Strike *Defense Expert Don Wright's Report and Bar his Testimony at Trial* filed by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. (de Saint Phalle, Alexandra) (Entered: 07/20/2018) |
| 07/23/2018 | 134 | | ORDER entered by Magistrate Judge Eric I. Long on 7/23/2018. A Settlement Conference is set for 8/8/2018 at 10:00 AM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. Presettlement Conference with Plaintiff set for 8/6/2018 at 1:30 PM by telephone from Urbana (court will place call) before |

| | | | |
|---|---|---|---|
| | | | Magistrate Judge Eric I. Long. Presettlement Conference with Defendant set for 8/6/2018 at 2:00 PM by telephone from Urbana (court will place call) before Magistrate Judge Eric I. Long. Parties confidential settlement letters due by 8/1/2018. See written order. (JMB, ilcd) (Entered: 07/23/2018) |
| 07/23/2018 | 135 | | Letter from Judge Long regarding settlement conference. (JMB, ilcd) (Entered: 07/23/2018) |
| 07/24/2018 | 136 | | CERTIFICATE *of Service of Discovery Documents*. (Scott, R) (Entered: 07/24/2018) |
| 07/27/2018 | 137 | | MOTION to Seal *The Firms' Response to Plaintiffs Motion for Leave to File Second Amended Complaint* by Defendant Perkins Coie. Responses due by 8/10/2018 (Attachments: # 1 Text of Proposed Order)(Neff, David) (Entered: 07/27/2018) |
| 07/27/2018 | 138 | | +++ **SEALED DOCUMENT.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Neff, David) (Entered: 07/27/2018)** |
| 07/27/2018 | 139 | | RESPONSE to Motion re 126 MOTION for Leave to File *Second Amended Complaint and Memorandum in Support thereof [redacted Response]* filed by Defendants Londrigan Potter & Randle PC, Perkins Coie, Scott & Scott PC, Sgro Hanrahan Durr Y Rabin LLP. (Neff, David) (Entered: 07/27/2018) |
| 07/27/2018 | 140 | | CERTIFICATE *of Service of Discovery Documents*. (Sgro, Gregory) (Entered: 07/27/2018) |
| 07/31/2018 | | | Minute Entry for proceedings held 7/31/2018 before Magistrate Judge Eric I. Long. Appearance for the plaintiff by Cara Houck. Appearance for defendants by David Gold, Stephen Scott, Jason Germeraad, Alexandra de Saint Phalle, James Potter and Greg Sgro. Status Conference held by telephone. Status of case and settlement discussed. (Tape #UR−B 11:08 AM.) (DS, ilcd) (Entered: 07/31/2018) |
| 07/31/2018 | 141 | | CERTIFICATE OF SERVICE by CSMC 2007−C4 Egizii Portfolio LLC *Plaintiff's Second Supplemental Rule 26(a) Disclosures* (Houck, Cara) (Entered: 07/31/2018) |
| 07/31/2018 | 142 | | MOTION to Compel by Plaintiff CSMC 2007−C4 Egizii Portfolio LLC. Responses due by 8/14/2018 (Attachments: # 1 Exhibit 1)(Houck, Cara) (Entered: 07/31/2018) |
| 07/31/2018 | 143 | | MOTION to Compel *Production of Documents* by Plaintiff CSMC 2007−C4 Egizii Portfolio LLC. Responses due by 8/14/2018 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19)(Houck, Cara) (Entered: 07/31/2018) |
| 07/31/2018 | 144 | | MOTION for Leave to File Document Under Seal by Plaintiff CSMC 2007−C4 Egizii Portfolio LLC. Responses due by 8/14/2018 (Houck, Cara) (Entered: 07/31/2018) |
| 07/31/2018 | 145 | | CERTIFICATE *of Service*. (Sgro, Gregory) (Entered: 07/31/2018) |

| 07/31/2018 | 146 | | CERTIFICATE *of Service of Discovery Documents*. (Scott, R) (Entered: 07/31/2018) |
|---|---|---|---|
| 07/31/2018 | 147 | | CERTIFICATE *of Service of Discovery Documents*. (Germeraad, Jason) (Entered: 07/31/2018) |
| 08/01/2018 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: For good cause shown, the Motion of Plaintiffs for leave to file under seal Exhibits 2 through 9 and 21 to their proposed Second Amended Complaint 127 is GRANTED. The Exhibits 128 have been filed under seal. The Motion of the former Defendant Law Firms for leave to file their Response under seal 137 is GRANTED. The Response 138 to the motion for leave to file second amended complaint has been filed under seal. For good cause shown, the Motion of Plaintiffs for leave to file under seal Exhibits 16 and 18 to Plaintiffs' Motion to Compel Production of Documents 144 is GRANTED. Exhibits 16 and 18 to Document Number 143 have been filed under seal. Entered on 8/1/2018. (MJC, ilcd) (Entered: 08/01/2018) |
| 08/06/2018 | | | Minute Entry for proceedings held 8/6/2018 before Magistrate Judge Eric I. Long. Appearance for the plaintiff by Scott Lesser. Presettlement Conference with Plaintiff's counsel held by telephone. (Not Recorded) (DS, ilcd) (Entered: 08/06/2018) |
| 08/06/2018 | | | Minute Entry for proceedings held 8/6/2018 before Magistrate Judge Eric I. Long. Appearance for the Defendant by Alexandra de Saint Phalle, James Potter, Stephen Scott and Gregory Sgro. Presettlement Conference with Defendant's counsel held by telephone. (Not Recorded) (DS, ilcd) (Entered: 08/06/2018) |
| 08/07/2018 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 8/7/2018. The Settlement Conference scheduled for August 8, 2018, at 10:00 A.M. is CANCELLED. (DS, ilcd) (Entered: 08/07/2018) |
| 08/07/2018 | 148 | | RESPONSE to Motion re 143 MOTION to Compel *Production of Documents* filed by Defendant EEI Holding Corporation. (Sgro, Gregory) (Entered: 08/07/2018) |
| 08/09/2018 | 149 | | CERTIFICATE of Service/Counsel *Defendant Members Response to Plaintiff's June 29, 2018 Supplemental Request for Production of Documents* by Alexandra de Saint Phalle on behalf of Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt (de Saint Phalle, Alexandra) (Entered: 08/09/2018) |
| 08/14/2018 | 150 | | RESPONSE to Motion re 142 MOTION to Compel filed by Defendant Springfield Prairie Properties, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Germeraad, Jason) (Entered: 08/14/2018) |
| 08/14/2018 | 151 | | RESPONSE to Motion re 143 MOTION to Compel *Production of Documents* filed by Defendant Springfield Prairie Properties, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Germeraad, Jason) (Entered: 08/14/2018) |
| 08/14/2018 | 152 | | ORDER BY RICHARD MILLS, United States District Judge: The Plaintiffs' Motion for Leave to File a Second Amended Complaint [d/e 126] is DENIED. SEE WRITTEN ORDER. Entered on 8/14/2018. (MJC, ilcd) (Entered: |

| | | | |
|---|---|---|---|
| | | | 08/14/2018) |
| 08/14/2018 | 153 | | RESPONSE to Motion re 143 MOTION to Compel *Production of Documents* filed by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. (Attachments: # 1 Exhibit, # 2 Exhibit)(de Saint Phalle, Alexandra) (Entered: 08/14/2018) |
| 08/14/2018 | 154 | | RESPONSE to Motion re 142 MOTION to Compel filed by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. (de Saint Phalle, Alexandra) (Entered: 08/14/2018) |
| 08/15/2018 | 155 | | RESPONSE to Motion re 142 MOTION to Compel *Defendants to Re−designate Documents Improperly Designated as "Confidential"* filed by Defendant EEI Holding Corporation. (Sgro, Gregory) (Entered: 08/15/2018) |
| 08/30/2018 | 156 | | ORDER entered by Magistrate Judge Eric I. Long on 8/30/2018. Plaintiffs' Motion to Compel Defendants to Re−Designate Documents Improperly Designated as "Confidential" 142 is GRANTED. Defendants and the Law Firms have until September 14, 2018 to comply with this Order. See Written Order. (Other Deadline set for 9/14/2018)(DS, ilcd) (Entered: 08/30/2018) |
| 08/31/2018 | 157 | | ORDER entered by Magistrate Judge Eric I. Long on 8/31/2018. Plaintiffs' Motion to Compel Production of Documents 143 is granted to the extent that Defendants must provide verifications to Plaintiffs that all responsive documents have been produced, and produce any remaining undisclosed documents. Defendant must comply with this order within 14 days. See written order. (KE, ilcd) Modified on 9/10/18 to correct typo (TC, ilcd). (Entered: 08/31/2018) |
| 09/05/2018 | 158 | | Response by EEI Holding Corporation re 156 Order on Motion to Compel,,,, Set/Reset Deadlines:, . (Sgro, Gregory) (Entered: 09/05/2018) |
| 09/06/2018 | 159 | | Response by Springfield Prairie Properties, LLC re 156 Order on Motion to Compel,,,, Set/Reset Deadlines:, . (Germeraad, Jason) (Entered: 09/06/2018) |
| 09/06/2018 | 160 | | Response by Springfield Prairie Properties, LLC re 157 Order on Motion to Compel, . (Germeraad, Jason) (Entered: 09/06/2018) |
| 09/14/2018 | 161 | | CERTIFICATE *Discovery Certification*. (Sgro, Gregory) (Entered: 09/14/2018) |
| 09/14/2018 | 162 | | Response by Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt *Compliance with Court Order & Response to Motion to Compel*. (de Saint Phalle, Alexandra) (Entered: 09/14/2018) |
| 09/14/2018 | 163 | | Response by Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt . (de Saint Phalle, Alexandra) (Entered: 09/14/2018) |
| 09/14/2018 | 164 | | MOTION Motion for Entry of an Order: (i) Dismissing the Law Firms With Prejudice, and/or (ii) Certifying This Courts Denial of Plaintiffs Motion to Amend Their Complaint re 28 Order on Motion to Dismiss for Failure to State a Claim,,,,, Order on Motion for Leave to File,,,, 152 Order on Motion for Leave to File by Plaintiffs CSMC 2007−C4 Egizii Portfolio LLC, U.S. Bank |

| | | | |
|---|---|---|---|
| | | | National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 9/28/2018 (Houck, Cara) (Entered: 09/14/2018) |
| 09/28/2018 | 165 | | RESPONSE to Motion re 164 MOTION Motion for Entry of an Order: (i) Dismissing the Law Firms With Prejudice, and/or (ii) Certifying This Courts Denial of Plaintiffs Motion to Amend Their Complaint re 28 Order on Motion to Dismiss for Failure to State a Claim,,,,, Order on filed by Defendants Londrigan Potter & Randle PC, Perkins Coie, Scott & Scott PC, Sgro Hanrahan Durr Y Rabin LLP. (Neff, David) (Entered: 09/28/2018) |
| 11/30/2018 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: The final pretrial conference scheduled for December 18, 2018 at 2:00 p.m. is continued and is reset for January 30, 2019 at 2:00 p.m. The bench trial set for January 8, 2019 at 10:00 a.m. is continued and reset for February 5, 2019 at 10:00 a.m. Entered on 11/30/2018. (MJC, ilcd) (Entered: 11/30/2018) |
| 12/14/2018 | 166 | | MOTION for Leave to File *Motion for Summary Judgment on Behalf of Members as to Counts VI–VIII* by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. Responses due by 12/28/2018 (de Saint Phalle, Alexandra) (Entered: 12/14/2018) |
| 12/14/2018 | 167 | | MOTION for Partial Summary Judgment *on Behalf of Members as to Counts VI–VIII* by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. Responses due by 1/4/2019 (Attachments: # 1 Exhibit 1)(de Saint Phalle, Alexandra) (Entered: 12/14/2018) |
| 12/17/2018 | 168 | | RESPONSE to Motion re 166 MOTION for Leave to File *Motion for Summary Judgment on Behalf of Members as to Counts VI–VIII* filed by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Houck, Cara) (Entered: 12/17/2018) |
| 01/04/2019 | | | TEXT ORDER by RICHARD MILLS, United States District Judge:The final pretrial conference scheduled for January 30, 2019 at 2:00 p.m. is continued and is reset for February 27, 2019 at 2:00 p.m. The bench trial set for February 5, 2019 at 10:00 a.m. is continued and reset for March 5, 2019 at 10:00 a.m. Entered on 1/4/2019. (ME, ilcd) (Entered: 01/04/2019) |
| 01/07/2019 | 169 | | MOTION to Continue by Defendant EEI Holding Corporation. Responses due by 1/22/2019 (Sgro, Gregory) (Entered: 01/07/2019) |
| 01/08/2019 | 170 | | MOTION to Continue by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. Responses due by 1/22/2019 (de Saint Phalle, Alexandra) (Entered: 01/08/2019) |
| 01/11/2019 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: For good cause shown, the motions of Defendants EEI Holding Corporation 169 and Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert Egizii, Rodney Egizii, Thomas E. Egizii and John Pruitt 170 are both GRANTED. The |

| | | | |
|---|---|---|---|
| | | | bench trial set for March 5, 2019 at 10:00 a.m., is hereby continued to March 19, 2019 at 10:00 a.m. Entered on 1/11/2019. (MJC, ilcd) (Entered: 01/11/2019) |
| 01/14/2019 | 171 | | SUGGESTION OF DEATH Upon the Record as to Clyde Beimfohr by Jodi Baptist, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. (de Saint Phalle, Alexandra) (Entered: 01/14/2019) |
| 02/04/2019 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: The final pretrial conference set for February 27, 2019 at 2:00 p.m., is continued to March 28, 2019 at 2:00 p.m. The bench trial set for March 19, 2019 at 10:00 a.m., is hereby continued to April 9, 2019 at 10:00 a.m. The Court also notes that on January 14, 2019, a Suggestion of Death was filed as to Defendant Clyde Beimfohr 171 . Pursuant to Federal Rule of Civil Procedure 25, the Parties have until April 15, 2019 to file a motion for substitution of party. If no such motion is filed, the action will be dismissed as to Defendant Clyde Beimfohr. Entered on 2/4/2019. (MJC, ilcd) (Entered: 02/04/2019) |
| 02/27/2019 | 172 | | MOTION to Substitute Party, Clyde Beimfohr to be replaced by Estate of Clyde Beimfohr, by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 3/13/2019 (Houck, Cara) (Entered: 02/27/2019) |
| 02/28/2019 | 173 | | OPINION: The Plaintiffs' Motion for Partial Summary Judgment as to Liability on Counts I and IV (d/e 78 ) is GRANTED. SEE WRITTEN OPINION. Entered by Judge Richard Mills on 2/28/2019. (MJC, ilcd) (Entered: 02/28/2019) |
| 03/06/2019 | 174 | | OPINION BY RICHARD MILLS, United States District Judge: the Plaintiffs' motion for entry of an Order dismissing the Law Firm Defendants with prejudice and/or certifying the Court's denial of Plaintiffs' motion to amend their complaint (d/e 164 ) is DENIED. SEE WRITTEN OPINION. Entered on 3/6/2019. (MJC, ilcd) (Entered: 03/06/2019) |
| 03/06/2019 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: At the request of the Parties, the bench trial set for April 9, 2019 at 10:00 a.m., is hereby continued to April 30, 2019 at 10:00 a.m. Entered on 3/6/2019. (MJC, ilcd) (Entered: 03/06/2019) |
| 03/12/2019 | 175 | | MOTION for Extension of Time to File Response/Reply by Defendants Jodi Baptist, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. Responses due by 3/26/2019 (de Saint Phalle, Alexandra) (Entered: 03/12/2019) |
| 03/13/2019 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 3/13/2019. Defendants' Motion for Extension of Time to file Response to Motion for Substitution 175 is GRANTED. Defendants' deadline to file a response to the Motion for Substitution is extended to 3/25/19. (Responses due by 3/25/2019) (DS, ilcd) (Entered: 03/13/2019) |
| 03/13/2019 | 176 | | MOTION in Limine *to Bar Evidence or Argument Related to the Affirmative Defense of Laches* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz |

| | | | |
|---|---|---|---|
| | | | Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 3/27/2019 (Houck, Cara) (Entered: 03/13/2019) |
| 03/13/2019 | 177 | | MOTION in Limine *in Limine to Bar Evidence or Argument Related to Plaintiffs' Holding of the Loan* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 3/27/2019 (Houck, Cara) (Entered: 03/13/2019) |
| 03/13/2019 | 178 | | MOTION in Limine *to Preclude Defendants' Equitable Estoppel and Failure to Mitigate Defenses* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 3/27/2019 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Houck, Cara) (Entered: 03/13/2019) |
| 03/13/2019 | 179 | | MOTION in Limine *Regarding Members' Affirmative Defense of Lack of Standing to Pursue UFTA Claims* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 3/27/2019 (Houck, Cara) (Entered: 03/13/2019) |
| 03/13/2019 | 180 | | MOTION in Limine *to Preclude the Testimony of Borrower's Expert Donald Wright* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 3/27/2019 (Houck, Cara) (Entered: 03/13/2019) |
| 03/13/2019 | 181 | | MOTION in Limine by Defendant EEI Holding Corporation. Responses due by 3/27/2019 (Sgro, Gregory) (Entered: 03/13/2019) |
| 03/13/2019 | 182 | | MOTION in Limine by Defendant Springfield Prairie Properties, LLC. Responses due by 3/27/2019 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Germeraad, Jason) (Entered: 03/13/2019) |
| 03/13/2019 | 183 | | MOTION in Limine by Defendants Jodi Baptist, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, John Pruitt. Responses due by 3/27/2019 (de Saint Phalle, Alexandra) (Entered: 03/13/2019) |
| 03/13/2019 | 184 | | MOTION *for Judicial Notice of Public Records* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 3/27/2019 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Houck, Cara) (Entered: 03/13/2019) |
| 03/25/2019 | 185 | | RESPONSE to Motion re 172 MOTION to Substitute Party, Clyde Beimfohr to be replaced by Estate of Clyde Beimfohr, filed by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Thomas E Egizii, John |

| | | | |
|---|---|---|---|
| | | | Pruitt. (de Saint Phalle, Alexandra) (Entered: 03/25/2019) |
| 03/25/2019 | 186 | | NOTICE of Appearance of Attorney by Alexandra de Saint Phalle on behalf of Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Thomas E Egizii, John Pruitt (de Saint Phalle, Alexandra) (Entered: 03/25/2019) |
| 03/27/2019 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: The final pretrial conference on March 28, 2019 at 2:00 p.m., will be in Courtroom 2. Entered on 3/27/2019. (MJC, ilcd) (Entered: 03/27/2019) |
| 03/27/2019 | 187 | | OPINION BY RICHARD MILLS, United States District Judge: The Plaintiffs' Motion to Strike Defense Expert Don Wright's Report (d/e 123 ) is DENIED as Moot.The Plaintiffs' motion to bar Defense Expert Don Wright's testimony at trial (d/e 123 ) is DENIED with leave to refile. SEE WRITTEN OPINION. Entered on 3/27/2019. (MJC, ilcd) (Entered: 03/27/2019) |
| 03/27/2019 | 188 | | RESPONSE to Motion re 179 MOTION in Limine *Regarding Members' Affirmative Defense of Lack of Standing to Pursue UFTA Claims* filed by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Thomas E Egizii, John Pruitt. (de Saint Phalle, Alexandra) (Entered: 03/27/2019) |
| 03/27/2019 | 189 | | RESPONSE to Motion re 178 MOTION in Limine *to Preclude Defendants' Equitable Estoppel and Failure to Mitigate Defenses* filed by Defendants Jodi Baptist, Clyde Beimfohr, Michael Egizii, Robert W. Egizii, Thomas E Egizii, John Pruitt. (de Saint Phalle, Alexandra) (Entered: 03/27/2019) |
| 03/27/2019 | 190 | | REPLY to Response to Motion re 184 MOTION *for Judicial Notice of Public Records* filed by Defendant EEI Holding Corporation. (Sgro, Gregory) (Entered: 03/27/2019) |
| 03/27/2019 | 191 | | REPLY to Response to Motion re 178 MOTION in Limine *to Preclude Defendants' Equitable Estoppel and Failure to Mitigate Defenses* filed by Defendant EEI Holding Corporation. (Sgro, Gregory) (Entered: 03/27/2019) |
| 03/27/2019 | 192 | | RESPONSE to Motion re 180 MOTION in Limine *to Preclude the Testimony of Borrower's Expert Donald Wright* filed by Defendant Springfield Prairie Properties, LLC. (Germeraad, Jason) (Entered: 03/27/2019) |
| 03/27/2019 | 193 | | RESPONSE to Motion re 182 MOTION in Limine , 181 MOTION in Limine , 183 MOTION in Limine filed by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Houck, Cara) (Entered: 03/27/2019) |
| 03/27/2019 | 194 | | RESPONSE to Motion re 176 MOTION in Limine *to Bar Evidence or Argument Related to the Affirmative Defense of Laches* filed by Defendant Springfield Prairie Properties, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Scott, R) (Entered: 03/27/2019) |
| 03/28/2019 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 3/28/2019. The Court directs Plaintiffs to file a reply to Pamela Johnson's Response to Motion for Substitution of Defendant on or before 4/8/19. (Replies due by 4/8/2019.)(DS, ilcd) (Entered: 03/28/2019) |

| | | | |
|---|---|---|---|
| 03/28/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Final Pretrial Conference held on 3/28/2019. Attorneys Steven J. Rotunno and Cara M. Houck present on behalf of Plaintiffs. Attorney Scott Lesser also present for Plaintiffs pending his entry of appearance. Attorney Alexandra de Saint Phalle present on behalf of Defendants Robert W. Egizii; Thomas E. Egizii; Michael Egizii; Jodi Baptist and John Pruitt. Attorneys R. Stephen Scott and Jason TH Germeraad present on behalf of Defendant Springfield Prairie Properties. Attorney Gregory P. Sgro present on behalf of Defendant EEI Holding Corporation. Discussion held regarding trial logistics, length of trial and submission of pretrial documents. Order to enter regarding pending motions and pretrial deadlines. (Tape #SPC: 2:03 p.m.) (MAS, ilcd) (Entered: 03/28/2019) |
| 03/29/2019 | 195 | | Joint MOTION to Amend/Correct 1 Complaint,,, *to Dismiss Count IX* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 4/12/2019 (Houck, Cara) (Entered: 03/29/2019) |
| 04/01/2019 | 196 | | Amended MOTION to Amend/Correct 172 MOTION to Substitute Party, Clyde Beimfohr to be replaced by Estate of Clyde Beimfohr, by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 4/15/2019 (Houck, Cara) (Entered: 04/01/2019) |
| 04/02/2019 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: For good cause shown, the agreed motion allowing Plaintiffs to amend their complaint by dismissing Count IX 195 is GRANTED. The tortious interference with contractual rights claim against Defendant EEI Holding Corporation is dismissed. The Plaintiffs' complaint is deemed amended such that Plaintiffs are no longer asserting Count IX against Defendant EEI Holding Corporation. The Plaintiffs' unopposed motion in limine to bar evidence or argument related to Plaintiffs' holding of the loan 177 is GRANTED. There shall be no argument or evidence relating to the first Affirmative Defense, Lack of Standing, asserted by each Defendant in its Answer and Affirmative Defenses, as that defense is not legally sufficient. Entered on 4/2/2019. (MJC, ilcd) (Entered: 04/02/2019) |
| 04/03/2019 | 197 | | ORDER following Final Pretrial Conference. SEE WRITTEN ORDER. Entered by Judge Richard Mills on 4/2/2019. (MJC, ilcd) (Entered: 04/03/2019) |
| 04/05/2019 | 198 | | AFFIDAVIT of Service for Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action served on Dorinda L. Fitzgerald on 4/1/2019, filed by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Houck, Cara) (Entered: 04/05/2019) |
| 04/05/2019 | 199 | | Consent MOTION to Supplement *Jurisdictional Statement* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. |

| | | | |
|---|---|---|---|
| | | | Responses due by 4/19/2019 (Houck, Cara) (Entered: 04/05/2019) |
| 04/05/2019 | 200 | | MOTION for Leave to File *Instanter a Sur Reply to Defendants' Motions in Limine (ECF 181, 182, 183, 193)* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 4/19/2019 (Houck, Cara) (Entered: 04/05/2019) |
| 04/08/2019 | 201 | | RESPONSE to Motion re 200 MOTION for Leave to File *Instanter a Sur Reply to Defendants' Motions in Limine (ECF 181, 182, 183, 193)* filed by Defendant EEI Holding Corporation. (Sgro, Gregory) (Entered: 04/08/2019) |
| 04/09/2019 | 202 | | RESPONSE to Motion re 200 MOTION for Leave to File *Instanter a Sur Reply to Defendants' Motions in Limine (ECF 181, 182, 183, 193)* filed by Defendant Springfield Prairie Properties, LLC. (Germeraad, Jason) (Entered: 04/09/2019) |
| 04/10/2019 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 4/10/2019. Plaintiffs' Amended Motion for Substitution of Defendant 196 is GRANTED. Pursuant to Fed. R. Civ. P. 25, the Court directs the Clerk to substitute Defendant Clyde Beimfohr, individually, to Pamela Johnson, Executor of the Estate of Clyde Beimfohr. Plaintiff's Motion for Substitution of Defendant 172 is denied as MOOT. (DS, ilcd) (Entered: 04/10/2019) |
| 04/10/2019 | 203 | | AFFIDAVIT of Service for Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action served on Susan Vogler–Wesp on 4/7/2019, filed by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Houck, Cara) (Entered: 04/10/2019) |
| 04/12/2019 | 204 | | OBJECTION *of Members to Plaintiff's Motion for File a Sur–reply to Defendants' Motions in Limine* by Jodi Baptist, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii, Pamela Johnson, John Pruitt. (de Saint Phalle, Alexandra) (Entered: 04/12/2019) |
| 04/15/2019 | 205 | | OPINION BY RICHARD MILLS, United States District Judge: The Plaintiffs' motion in limine to bar evidence or argument related to the affirmative defense of laches (d/e 176 ) is ALLOWED in part. The motion is allowed to the extent that such evidence or argument is barred as it relates to the breach of contract claims asserted in Counts I, II, III and IV. The motion is otherwise Denied. SEE WRITTEN OPINION. Entered on 4/15/2019. (MJC, ilcd) (Entered: 04/15/2019) |
| 04/18/2019 | 206 | | OPINION by Judge Richard Mills entered on 04/18/2019. SEE WRITTEN OPINION. The Plaintiffs' motion in limine to preclude Defendants' equitable estoppel and failure to mitigate defense (d/e 178 ) is ALLOWED in part and DEFERRED in part. The motion is Allowed as to Defendant Springfield Prairie Properties, LLC, and as to Counts I and IV. The Court otherwise will Defer ruling on the motion. (DM, ilcd) (Entered: 04/18/2019) |
| 04/18/2019 | 207 | | OPINION by Judge Richard Mills entered on 04/18/2019. SEE WRITTEN OPINION. The Plaintiffs' motion in limine to preclude the testimony of Borrower's Expert Donald Wright (d/e 180 ) is ALLOWED in part and |

| | | | |
|---|---|---|---|
| | | | DENIED in part. The motion is Allowed to the extent it relates to Counts I and IV. The motion is otherwise Denied. (DM, ilcd) (Entered: 04/18/2019) |
| 04/24/2019 | 208 | | OPINION BY RICHARD MILLS, United States District Judge: The motion in limine of Defendants EEI Holding Corporation and Egizii Property Managers, LLC (d/e 181 ) is DENIED, as provided in this Order. The motion in limine of Defendant Springfield Prairie Properties, LLC (d/e 182 ) is ALLOWED in part and DENIED in part, as provided in this Order. The motion in limine of Defendant Robert W. Egizii and Defendant Members Thomas Egizii, Michael Egizii, Rodney Egizii, Jodi Baptist and John Pruitt (d/e 183 ) is ALLOWED in part and DENIED in part, as provided in this Order. The Plaintiffs' motion for leave to file instanter a sur–reply to Defendants' motion in limine (d/e 200 ) is DENIED. SEE WRITTEN OPINION. Entered on 4/24/2019. (MJC, ilcd) (Entered: 04/24/2019) |
| 04/26/2019 | 209 | | NOTICE of Appearance of Attorney by Scott Robert Lesser on behalf of CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5 (Lesser, Scott) (Entered: 04/26/2019) |
| 04/26/2019 | 210 | | OPINION BY RICHARD MILLS, United States District Judge: The Plaintiffs' motion for judicial notice of public records (d/e 184 ) is GRANTED. The Court hereby takes judicial notice of the exhibits attached to the Plaintiffs' motion––Exhibits 1, 2, 3, 4, 5, 6, and 7. As stated herein, the Court will take judicial notice of any other pleadings or exhibits that are part of the record in Sangamon County Case Number 2014 CH 00456. The Plaintiffs' agreed motion to supplement their jurisdictional statement (d/e 199 ) is GRANTED. Pursuant to Federal Rule of Civil Procedure 15(a), the jurisdictional statement of the Plaintiffs' Complaint (d/e 1 , Case No. 15–3199) is deemed amended to include the quoted language on page 2 of Plaintiffs' motion (d/e 199 ). SEE WRITTEN OPINION. Entered on 4/25/2019. (MJC, ilcd) (Entered: 04/26/2019) |
| 04/26/2019 | 211 | | OPINION BY RICHARD MILLS, United States District Judge: The motion of Defendants for leave to file a motion for summary judgment on behalf of members as to Counts VI, VII and VIII (d/e 166 ) is DENIED. The Clerk will terminate the motion for partial summary judgment on behalf of Members as to Counts VI, VII and VIII (d/e 167 ). The Plaintiffs' motion in limine regarding Constructive Members lack of standing to pursue UFTA claims (d/e 179 ) is DENIED. SEE WRITTEN OPINION. Entered on 4/26/2019. (MJC, ilcd) (Entered: 04/26/2019) |
| 04/29/2019 | 212 | | OBJECTION *Def. Objectioin to Admissioin of Plaintiff's Exhibit No. 96* by Jodi Baptist, Michael Egizii, Robert W. Egizii, Thomas E Egizii, Pamela Johnson, John Pruitt. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2 Part 1, # 3 Exhibit Exhibit 2 Part 2, # 4 Exhibit Exhibit 2 Part 3, # 5 Exhibit Exhibit 3)(de Saint Phalle, Alexandra) (Entered: 04/29/2019) |
| 04/30/2019 | 213 | | PRETRIAL MEMORANDUM by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Houck, Cara) (Entered: 04/30/2019) |

| | | | |
|---|---|---|---|
| 04/30/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial began on 4/30/2019. Attorneys Cara M Houck and Scott Lesser present on behalf of the Plaintiffs. Attorney Alexandra de Saint Phalle present on behalf of Defendants Robert W Egizii; Thomas E Egizii; Michael Egizii; Rodney Egizii; Jodi Baptist; John Pruitt; Clyde Beimfohr and Pamela Johnson. Attorneys R. Stephen Scott and Jason TH Germeraad present on behalf of Defendant Springfield Prairie Properties. Attorney Gregory P Sgro present on behalf of Defendants EEI Holding Corporation and Egizii Property Managers, LLC. Preliminary issues addressed. Discussion held regarding exclusion of trial exhibits. Opening statements given. Witness called, sworn and questioned. Evidence entered. Cross examination by defense counsel. Trial adjourned until 10:00 am on Wednesday, May 1, 2019. Witness admonished as to being under oath. (Court Reporter K.S.) (MAS, ilcd) (Entered: 05/01/2019) |
| 05/01/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial continued on 5/1/2019. Same attorney appearances as on 4/30/2019. Preliminary issues addressed. Testimony of previously sworn witness resumed. Further testimony given and evidence presented, marked and admitted. Court adjourned until Thursday, May 2, 2019 at 10:00 a.m. Witness admonished as to being under oath. (Court Reporter K.S.) (MAS, ilcd) (Entered: 05/02/2019) |
| 05/02/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 5/2/2019. Same attorney appearances as on 5/1/2019. Oral motion by Plaintiffs' counsel to exclude certain exhibits from evidence. Discussion held regarding admission of exhibits. Oral motion DENIED. Testimony of previously sworn witness resumed. Further testimony given and evidence presented, marked and admitted. Witness testimony concluded and witness excused. Additional witness called, sworn and questioned. Further evidence presented, marked and admitted. Court adjourned until Wednesday, May 8, 2019 at 10:00 a.m. Witness admonished as to being under oath. (Court Reporter K.S.) (MAS, ilcd) (Entered: 05/03/2019) |
| 05/08/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 5/8/2019. Same attorney appearances as on Tuesday, 5/7/2019. Trial scheduling and witness appearance issues discussed. Discussion also held regarding the redaction of certain exhibits previously admitted. Attorneys allowed to redact specified admitted exhibits. Testimony of previously sworn witness resumed. Further testimony given and evidence presented, marked and admitted. Court adjourned until Thursday, May 9, 2019 at 10:00 a.m. Witness admonished as to being under oath. (Court Reporter K.S.) (MAS, ilcd) (Entered: 05/09/2019) |
| 05/09/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 5/9/2019. Same attorney appearances as on Wednesday, 5/8/2019. Testimony of previously sworn witness resumed. Further testimony given and evidence presented, marked and admitted. Witness testimony concluded and witness excused. Court adjourned until Tuesday, May 14, 2019 at 10:00 a.m. (Court Reporter K.S.) (MAS, ilcd) (Entered: 05/09/2019) |
| 05/14/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 5/14/2019. Same attorneys present as on Friday, 5/9/2019. Scheduling issues addressed. Witnesses called, sworn and questioned. Testimony given and evidence presented, marked and admitted. Witness testimony and |

| | | | |
|---|---|---|---|
| | | | examination concluded and witnesses excused. Court adjourned until Wednesday, May 15, 2019 at 12:30 p.m. (Court Reporter KS) (MAS, ilcd) (Entered: 05/15/2019) |
| 05/15/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 5/15/2019. Same attorneys present as on Tuesday, 5/14/2019. New witness called, sworn and questioned. Testimony given and evidence presented, marked and admitted. Court adjourned until Thursday, May 16, 2019 at 10:00 a.m. Witness admonished as to oath. (Court Reporter K.S.) (MAS, ilcd) (Entered: 05/16/2019) |
| 05/16/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 5/16/2019. Same attorneys present as on Wednesday, 5/15/2019. Testimony and examination of previously sworn witness continued. Evidence presented, marked and admitted. Witness testimony and examination concluded and witness excused. Court adjourned until Tuesday, May 28, 2019 at 10:00 a.m. (Court Reporter K.S.) (MAS, ilcd) Modified on 5/17/2019 (MAS, ilcd). (Entered: 05/17/2019) |
| 05/23/2019 | | | TEXT ORDER: Due to an unforeseen development, my knee surgery scheduled for May 21, 2019 was postponed to May 28, 2019. As a result, the bench trial that was set to resume on May 28, 2019 must unfortunately be postponed. After the surgery is performed, the matter will be reset upon learning how much recovery time is necessary. Entered by Judge Richard Mills on 5/22/2019. (MAS, ilcd) (Entered: 05/23/2019) |
| 05/29/2019 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: The bench trial will resume on June 3, 2019 at 1:30 p.m. Entered on 5/29/2019. (MJC, ilcd) (Entered: 05/29/2019) |
| 06/03/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 6/3/2019. Same attorneys present as on last court date of 5/16/2019. New witness called, sworn and questioned. Testimony given and evidence presented, marked and admitted. Court adjourned until Tuesday, 6/4/2019 at 10:00 AM in Courtroom 2 in Springfield before Judge Richard Mills. (Court Reporter K.S.) (MAS, ilcd) (Entered: 06/03/2019) |
| 06/04/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 6/4/2019. Same attorneys present as on Monday, 6/3/2019. Testimony and examination of previously sworn witness continued. Evidence presented, marked and admitted. Witness testimony and examination concluded and witness excused. New witness called, sworn and questioned. Evidence offered, marked and admitted. Court adjourned until Wednesday, 6/5/2019 at 1:30 p.m. in Courtroom 2 in Springfield before Judge Richard Mills. (Court Reporter K.S.) (MAS, ilcd) (Entered: 06/05/2019) |
| 06/05/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 6/5/2019. Same attorney appearances as on 6/4/2019. Testimony and examination of previously sworn witness continued. Evidence presented, marked and admitted. Witness testimony and examination concluded and witness excused. Court adjourned. Bench Trial continued to 6/6/2019 at 10:00 AM in Courtroom 2 in Springfield before Judge Richard Mills. (Court Reporter K.S.) (MAS, ilcd) (Entered: 06/06/2019) |
| 06/06/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 6/6/2019. New witness called, sworn and questioned. Testimony given and evidence presented, marked and admitted. Oral motion by Plaintiffs' counsel for witness to be considered as an expert witness. Witness testimony and examination continued. Court adjourned until Friday, 6/7/2019 at 10:00 AM in Courtroom 2 in Springfield before Judge Richard Mills. Witness admonished as to being under oath. (Court Reporter K.S.) (MAS, ilcd) (Entered: 06/06/2019) |
| 06/07/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 6/7/2019. Same attorneys present as on 6/6/2019. Testimony and examination of previously sworn witness continued. Evidence presented, marked and admitted. Witness testimony and examination concluded and witness released. Court adjourned. Bench Trial continued to Monday, 6/10/2019 at 10:00 AM in Courtroom 2 in Springfield before Judge Richard Mills. (Court Reporter J.J.) (MAS, ilcd) (Entered: 06/07/2019) |
| 06/10/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial held on 6/10/2019. Same attorneys present as on 6/7/2019. New witness called, sworn and questioned. Testimony given and evidence presented, marked and admitted. Objection to the admission of certain exhibits made by counsel and noted by Court. Witness testimony and examination continued and concluded. Witness released. Court adjourned and bench trial continued until 6/11/2019 at 10:00 AM in Courtroom 2 in Springfield before Judge Richard Mills. (Court Reporter J.J.) (MAS, ilcd) (Entered: 06/10/2019) |
| 06/10/2019 | 214 | | MOTION for Leave to File *Amended Complaint Pursuant to Federal Rule 15(b)* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 6/24/2019 (Attachments: # 1 Exhibit 1)(Houck, Cara) (Entered: 06/10/2019) |
| 06/11/2019 | | | Minute Entry for proceedings held before Judge Richard Mills: Bench Trial completed on 6/11/2019. Same attorneys present as on all prior days of Bench Trial. Administrative issues addressed. Arguments heard regarding the inclusion and exclusion of certain exhibits. Testimony and cross–examination of previously sworn witness continued and concluded. Plaintiffs rested their case. Defendants presented their case. Witness called, sworn and questioned. Oral motion to have witness admitted as an expert witness granted. Testimony and examination of expert witness continued and concluded. Exhibits offered, marked and admitted. Defense counsel rested their case. Counsel to submit post–trial briefs to Court. Court adjourned. (Court Reporter J.J.) (MAS, ilcd) (Entered: 06/12/2019) |
| 06/24/2019 | 215 | | RESPONSE to Motion re 214 MOTION for Leave to File *Amended Complaint Pursuant to Federal Rule 15(b) (Defendants' Combined Response)* filed by Defendant Springfield Prairie Properties, LLC. (Attachments: # 1 Exhibit 1)(Scott, R) (Entered: 06/24/2019) |
| 06/28/2019 | 216 | | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 4/30/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro, and Steve Scott. |

| | | |
|---|---|---|
| | | **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | <u>217</u> | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 5/1/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | <u>218</u> | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on |

| | | | |
|---|---|---|---|
| | | | 5/2/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro, and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 219 | | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 5/8/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. |

| | | | |
|---|---|---|---|
| | | | Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 220 | | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 5/9/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 221 | | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 5/14/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** |

| | | | |
|---|---|---|---|
| | | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 222 | | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 5/15/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott. **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 223 | | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 5/16/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott. **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for** |

| | | |
|---|---|---|
| | | **redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 224 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 6/3/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 225 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 6/4/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction** |

| | | |
|---|---|---|
| | | **purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 226 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 6/5/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 227 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 6/6/2019, before Judge Richard Mills. Court Reporter/Transcriber K.S., Telephone number 217–492–4810. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the** |

| | | |
|---|---|---|
| | | **Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 228 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 6/7/2019, before Judge Richard Mills. Court Reporter/Transcriber J.J., Telephone number 309–573–5855. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 229 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 6/10/2019, before Judge Richard Mills. Court Reporter/Transcriber J.J., Telephone number 309–573–5855. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott. |

| | | |
|---|---|---|
| | | **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 06/28/2019 | 230 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Proceedings held on 6/11/2019, before Judge Richard Mills. Court Reporter/Transcriber J.J., Telephone number 309–573–5855. Transcript purchased by:Cara Houck, Scott Lesser, Alex de Saint Phalle, Greg Sgro and Steve Scott. <br><br> **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/19/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/26/2019. (GL, ilcd) (Entered: 06/28/2019) |
| 07/01/2019 | 231 | PLAINTIFFS' EXHIBIT LIST (Marked at Trial). (Attachments: # 1 Part 2, # 2 |

| | | | |
|---|---|---|---|
| | | | Part 3, # 3 Part 4, # 4 Exhibits marked at Trial)(MAS, ilcd) (Entered: 07/01/2019) |
| 07/01/2019 | 232 | | Defendants' Exhibit List marked at trial. (Attachment: # 1 Marked Exhibit List)(MAS, ilcd) (Entered: 07/01/2019) |
| 08/30/2019 | 235 | | OPINION: Plaintiffs' motion for leave to file an amended complaint pursuant to Rule 15(b) (d/e 214 ) is DENIED. SEE WRITTEN OPINION. Entered by Judge Richard Mills on 8/30/2019. (ME, ilcd) (Entered: 08/30/2019) |
| 09/27/2019 | 236 | | MOTION to Substitute Attorney, Londrigan, Potter & Randle, P.C. to be replaced by James R. Potter, P.C., by Defendant Londrigan Potter & Randle PC. Responses due by 10/11/2019 (Potter, James) (Entered: 09/27/2019) |
| 09/30/2019 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 9/30/2019. The Motion for Substitution 236 is GRANTED. The Court directs the Clerk to terminate attorney Alexandra de Saint Phalle from this case. The Court directs attorney James R. Potter to enter an appearance under his new firm, James R. Potter, P.C., including the address and phone number. (DS, ilcd) (Entered: 09/30/2019) |
| 10/03/2019 | 237 | | NOTICE of Appearance of Attorney by James R Potter on behalf of Robert W. Egizii (Potter, James) (Entered: 10/03/2019) |
| 11/08/2019 | | | TEXT ORDER: Pursuant to the agreement of the Parties, the post–trial briefs shall be filed by November 22, 2019. Entered by Judge Richard Mills on 11/8/2019. (GL, ilcd) (Entered: 11/08/2019) |
| 11/18/2019 | 238 | | NOTICE of Appearance of Attorney by Alexandra de Saint Phalle on behalf of Robert W. Egizii (de Saint Phalle, Alexandra) (Entered: 11/18/2019) |
| 11/22/2019 | 239 | | TRIAL BRIEF by Springfield Prairie Properties, LLC. (Germeraad, Jason) (Entered: 11/22/2019) |
| 11/22/2019 | 240 | | MOTION for Reconsideration by Defendant Robert W. Egizii. Responses due by 12/6/2019 (Potter, James) (Entered: 11/22/2019) |
| 11/22/2019 | 241 | | MEMORANDUM in Support re 240 MOTION for Reconsideration filed by Defendant Robert W. Egizii. (Potter, James) (Entered: 11/22/2019) |
| 11/22/2019 | 242 | | DEFENDANTS' CONSOLIDATED CLOSING ARGUMENT (INCLUDING PROPOSED FINDINGS OF LAW AND FACT) by Jodi Baptist, EEI Holding Corporation, Michael Egizii, Robert W. Egizii, Rodney Egizii, Thomas E Egizii and Egizii Property Managers, LLC. (Attachments: # 1 part 2, # 2 Exhibits 1 thru 7)(MAS, ilcd) (Entered: 11/22/2019) |
| 11/23/2019 | 243 | | TRIAL BRIEF by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Houck, Cara) (Entered: 11/23/2019) |
| 11/23/2019 | 244 | | Proposed Findings of Fact by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Houck, Cara) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/23/2019) |
| 12/06/2019 | 245 | | RESPONSE to Motion re 240 MOTION for Reconsideration *OF THIS COURT'S ORDER GRANTING PARTIAL SUMMARY JUDGMENT ON COUNTS I AND IV OF PLAINTIFFS' COMPLAINT* filed by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. (Houck, Cara) (Entered: 12/06/2019) |
| 10/01/2020 | 246 | | OPINION BY RICHARD MILLS, United States District Judge: The Defendants' Motion to Reconsider Grant of Partial Summary Judgment on Counts I and IV of the Complaint (d/e 240 ) is DENIED. SEE WRITTEN OPINION. Entered by Judge Richard Mills on 9/30/2020. (MJC, ilcd) (Entered: 10/01/2020) |
| 10/29/2020 | 247 | | SUGGESTION OF BANKRUPTCY Upon the Record by Robert W. Egizii. (Scott, R) (Entered: 10/29/2020) |
| 11/23/2020 | | | TEXT ORDER BY RICHARD MILLS, United States District Judge: A Suggestion of Bankruptcy 247 has been filed stating that on October 29, 2020, Defendant Robert W. Egizii filed a petition under Chapter 11 of the United States Bankruptcy Code, Title 11, United States Code Sections 101, et seq., in the United States Bankruptcy Court for the Central District of Illinois, Springfield Division, Case Number 20–71187. Attached to the Suggestion of Bankruptcy is a copy of the Notice of Bankruptcy Case Filing. Pursuant to Title 11, United States Code Section 362(a), the filing of the Chapter 11 petition operates as a stay of the continuation of any judicial proceeding against Defendant Robert W. Egizii; of the enforcement against Defendant Robert W, Egizii or against property of said Defendant of any judgment obtained before the filing of the bankruptcy petition; of any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; of any act to create, perfect, or enforce any lien against property of the estate; and of any act to collect, assess, or recover a claim against Defendant Robert W. Egizii that arose before the filing of the bankruptcy petition. Accordingly, the proceedings are stayed only as to Defendant Robert W. Egizii. The Parties shall advise the Court if the bankruptcy stay is lifted as to Robert W. Egizii. Entered on 11/23/2020. (MJC, ilcd) (Entered: 11/23/2020) |
| 03/16/2021 | 248 | | OPINION BY RICHARD MILLS, United States District Judge. See written Opinion. Entered on 3/15/2021. (MJC) (Entered: 03/16/2021) |
| 03/17/2021 | 249 | | JUDGMENT in a Civil Case. (MJC) (Entered: 03/17/2021) |
| 04/15/2021 | 250 | | NOTICE OF APPEAL as to 248 Order Dismissing Case by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Filing fee $ 505, receipt number 0753–3637412. (Houck, Cara) (Entered: 04/15/2021) |
| 04/16/2021 | 251 | | Short Record of Appeal Sent to US Court of Appeals re 250 Notice of Appeal. (ME) (Entered: 04/16/2021) |
| 04/19/2021 | 252 | | NOTICE of Docketing Record on Appeal from USCA re 250 Notice of Appeal, filed by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National |

| | | | |
|---|---|---|---|
| | | | Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. USCA Case Number 21–1664. (MJC) (Entered: 04/19/2021) |
| 05/05/2021 | 253 | | MANDATE of USCA as to 250 Notice of Appeal, filed by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5: IT IS ORDERED that this case is DISMISSED, pursuant to Federal Rule of Appellate Procedure 42(b). See Written Order. (MJC) (Entered: 05/05/2021) |
| 05/18/2021 | 254 | | MOTION for Certificate of Appealability by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 6/1/2021 (Houck, Cara) (Entered: 05/18/2021) |
| 05/24/2021 | 255 | | RESPONSE to Motion re 254 MOTION for Certificate of Appealability *and Certificate of Service,* filed by Defendants Londrigan Potter & Randle PC, Perkins Coie, Scott & Scott PC, Sgro Hanrahan Durr Y Rabin LLP. (Neff, David) (Entered: 05/24/2021) |
| 06/02/2021 | 256 | | OPINION BY RICHARD MILLS, United States District Judge: The Plaintiffs' Motion for Certification pursuant to Federal Rule of Civil Procedure 54(b) (d/e 254 ) is DENIED. SEE WRITTEN OPINION. Entered on 6/2/2021. (MJC) (Entered: 06/02/2021) |
| 06/09/2021 | 257 | | MOTION for Reconsideration re 256 Order on Motion for Certificate of Appealability *and for Certification of Judgment for Appeal under Rule 54(b)* by Plaintiffs CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Responses due by 6/23/2021 (Attachments: # 1 Exhibit A)(Houck, Cara) (Entered: 06/09/2021) |
| 06/17/2021 | 258 | | RESPONSE to Motion re 257 MOTION for Reconsideration re 256 Order on Motion for Certificate of Appealability *and for Certification of Judgment for Appeal under Rule 54(b)* filed by Defendants Londrigan Potter & Randle PC, Perkins Coie, Scott & Scott PC, Sgro Hanrahan Durr Y Rabin LLP. (Gold, David) (Entered: 06/17/2021) |
| 06/17/2021 | 259 | | CERTIFICATE OF SERVICE by Londrigan Potter & Randle PC, Perkins Coie, Scott & Scott PC, Sgro Hanrahan Durr Y Rabin LLP re 258 Response to Motion, (Gold, David) (Entered: 06/17/2021) |
| 07/08/2021 | 260 | | OPINION: Plaintiffs' Motion for Reconsideration and for Certification of Judgment for Appeal under Rule 54(b) [d/e 257] is GRANTED. Because there is no just reason to delay entry of a final judgment as to fewer than all claims or parties, the Court's Final Opinion and Judgment is hereby certified as a final order pursuant to Rule 54(b). SEE WRITTEN OPINION. Entered by Judge Richard Mills on 7/7/2021. (ME) (Entered: 07/08/2021) |
| 07/22/2021 | 261 | | NOTICE OF APPEAL by CSMC 2007–C4 Egizii Portfolio LLC, U.S. Bank National Association, as Trustee for the Registered Holders of the Mezz Cap |

| | | | |
|---|---|---|---|
| | | | Commercial Mortgage Trust 2007–C5, Commercial Mortgage Pass–Through Certificates, Series 2007–C5. Filing fee $ 505, receipt number AILCDC–3717862. (Houck, Cara) (Entered: 07/22/2021) |

E-FILED
Thursday, 22 July, 2021 03:45:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
___SPRINGFIELD___ DIVISION

CSMC 2007-C4 EGIZII PORTFOLIO, and U.S.
BANK NATIONAL ASSOCIATION, as Trustee for
the Registered Holders of the MEZZ CAP
COMMERCIAL MORTGAGE TRUST 2007 C-5,
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-C5,
_____
                    Plaintiff

V                                          Case number 15-3195 (consolidated)

SPRINGFIELD PRAIRIE PROPERTIES,
LLC, an Illinois limited liability company;
ROBERT W. EGIZII, an individual, et al.,
_____
                    Defendant

## NOTICE OF APPEAL

CSMC 2007-C4 Egizii Portfolio and
I, U.S. Bank National Ass'n, as Trustee, (plaintiff/defendant) do hereby appeal the decision of this

Court entered on ___July 8, 2021___.

Signed /s/Cara M. Houck, attorney for Plaintiffs

Address Miller, Canfield, Paddock and Stone, P.L.C.
225 W. Washington St., Ste. 2600,
Chicago, IL 60606

| | | | |
|---|---|---|---|
| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | (Temporarily located for |
| Room 305 | Room 218 | Room 151 | mail and hearings to: |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | 131 E. 4th St. Rm 250 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | Davenport, IA 52801 |
| | | | 309-793-5878 |

49

**CERTIFICATE OF SERVICE**
***U.S. Bank, etc. v. Londrigan, Potter & Randle, et al.*, 15-cv-03195 and 15-cv-01399**
**(Consolidated)**

I, Cara M. Houck, an attorney, hereby certify that on July 22, 2021, a copy of the forgoing

**NOTICE OF APPEAL** was served upon all counsel of record via the ECF automated system.


By:   s/Cara M. Houck _____


Cara M. Houck (6239153)
Miller, Canfield, Paddock and Stone, PLC
Attorney for Plaintiffs
225 W. Washington, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 460-4200
Email: houck@millercanfield.com

37918891.1/131316.00063

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

|  |  |  |
|---|---|---|
| CSMC 2007-C4 EGIZII PORTFOLIO LLC, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| as Trustee for the Registered Holders of | ) | |
| the MEZZ CAP COMMERCIAL | ) | |
| MORTGAGE TRUST 2007 C-5, | ) | |
| COMMERCIAL MORTGAGE PASS- | ) | |
| THROUGH CERTIFICATES, SERIES | ) | |
| 2007-C5, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15-3195 |
| | ) | (consolidated) |
| LONDRIGAN, POTTER & RANDLE; P.C.; | ) | |
| PERKINS COIE LLP; SCOTT & SCOTT, P.C. | ) | |
| SGRO HANRAHAN DURR & RABIN LLP; | ) | |
| SPRINGFIELD PRAIRIE PROPERTIES, | ) | |
| LLC, an Illinois limited liability company; | ) | |
| ROBERT W. EGIZII; THOMAS EGIZII; | ) | |
| MICHAEL EGIZII; RODNEY EGIZII; | ) | |
| JODI BAPTIST; JOHN PRUITT; PAMELA | ) | |
| JOHNSON, EXECUTOR OF THE ESTATE | ) | |
| OF CLYDE BEIMFOHR; EEI HOLDING | ) | |
| CORPORATION; and EGIZII PROPERTY | ) | |
| MANAGERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

RICHARD MILLS, United States District Judge:

## I.

In an Opinion and Order entered on June 2, 2021, the Court denied the Plaintiffs' motion for certification of Judgment for appeal pursuant to Federal Rule of Civil Procedure 54(b).

The Plaintiffs sought certification of the final Opinion and Judgment which did not dispose of all claims because of a bankruptcy stay as to Defendant Robert W. Egizii. The Plaintiffs claimed that because the Opinion set forth final judgment as to all counts except for Counts III and IV, no just reason existed to delay enforcement of the Court's final Opinion. The Plaintiffs asked the Court to certify the Judgment for appeal as to all Defendants except for Robert W. Egizii. In its Order denying certification, the Court

found that pursuant to *Hall v. Hall*, 138 S. Ct. 1118 (2018), the March 17, 2021 Judgment dismissing the Law Firm Defendants with prejudice was instantly appealable because the Court had rendered a final judgment in Case Number 15-3195 in favor of the Law Firms.

The Plaintiffs seek reconsideration of the denial of certification for appeal.

The Plaintiffs filed two cases in 2015: one against the Law Firm Defendants (Case No. 15-3195) and one against the Borrower, Guarantor and other individuals and entities (Case No. 15-3199). The cases were eventually consolidated.

In 2016, the Court granted the Law Firm Defendants' motion to dismiss and denied the motion to dismiss of the

other Defendants. The Court also denied the Plaintiffs' motion to certify the Order for immediate appeal. In 2019, the Court denied the Plaintiffs' motion for entry of an Order dismissing the Law Firm Defendants with prejudice.

Following the Court's March 16, 2021 Opinion and Order, one Judgment was entered which resolved all of the claims except for those asserted against Robert W. Egizii. This included the claims originally alleged in Case Number 15-3195 and those in Case Number 15-3199. The March 17, 2021 Judgment stated in part: "Defendants Londrigan Potter & Randle PC, Perkins Coie, Scott & Scott PC and Sgro Hanrahan Durr & Rabin LLP were dismissed with prejudice."

On April 15, 2021, the Plaintiffs filed a timely notice of appeal.  After the Seventh Circuit questioned whether it had jurisdiction because Judgment was not entered as to the counts asserted against Egizii, the Plaintiffs voluntarily dismissed their appeal and asked the Court to certify their appeal as to all Defendants except Egizii.  The Court denied the motion for certification on the basis that Plaintiffs were already able to pursue an appeal against the Law Firm Defendants following entry of Judgment.

## II.

In *Hall*, the Supreme Court noted that cases do not lose their separate identity after consolidation.  *See Hall*, 138 S. Ct. at 1130.  The Court explained this was true prior to the

enactment of Federal Rule of Civil Procedure 42(a)

addressing consolidation:

> We made clear, for example, that each constituent case
> must be analyzed individually on appeal to ascertain
> jurisdiction and to decide its disposition—a
> compartmentalized analysis that would be gratuitous
> if the cases had merged into a single case subject to a
> single appeal.  We emphasized that constituent cases
> should end in separate decrees or judgments—the
> traditional trigger for the right to appeal, for which
> there would be no need if an appeal could arise only
> from the resolution of the of the consolidated cases as
> a whole.  We explained that the parties to one case did
> not become parties to the other by virtue of
> consolidation—indicating that the right of each to
> pursue his individual case on appeal should not be
> compromised by the litigation conduct of the other.
> And, finally, we held that consolidation could not
> prejudice rights to which the parties would have been
> due had consolidation never occurred.  Forcing an
> aggrieved party to wait for other cases to conclude
> would substantially impair his ability to appeal from a
> final decision fully resolving his own case—a "matter
> of right" to which he was "entitled."

6

*Id.* at 1128 (internal citations omitted). The Court noted

that the enactment of Rule 42(a) did not alter "the settled

understanding of consolidation." *Id.* at 1130.

> As a leading treatise explained at the time, through
> consolidation under Rule 42(a) "one or many or all of
> the phases of the several actions may be merged. But
> merger is never so complete in consolidation as to
> deprive any party of any substantial rights which he
> may have possessed had the actions proceeded
> separately." 3 J. Moore & J. Friedman, Moore's
> Federal Practice § 42.01, pp. 3050-3051 (1938). Thus,
> "separate verdicts and judgments are normally
> necessary." *Id.* at 3051, n.12.

*Id.* The Court further stated that its relatively few decisions

addressing consolidation since adoption of Rule 42(a)

confirms the traditional understanding of cases retaining

their separate identity. *See id.*

Consistent with *Hall*, this Court should have directed

entry of two separate Judgments—one for the case that

7

began as No. 15-3195 and the other for the case that began as No. 15-3199. If separate judgments had been entered, it would have been abundantly clear that the case involving the Law Firms was ripe for appeal. As for the other case, any party seeking to appeal could have sought certification under Rule 54(b) or waited for resolution of the bankruptcy proceeding.

The Plaintiffs could have pursued an appeal as to the Law Firm Defendants after the dismissal with prejudice. However, the fact that a single Judgment was entered appears to have created confusion as to which claims were ripe for appeal in light of the bankruptcy proceeding. A party has a right to pursue an appeal. A separate judgment is "normally necessary" in part to ensure that a party is not

8

deprived of "any substantial rights." *See Hall*, 138 S. Ct. at 1130.

Under the circumstances here, denying relief would effectively deprive a party of a substantial right it possessed--which should not happen as a result of consolidating cases. *See id*. Because separate judgments should have been entered which would have prevented such confusion, the Court will grant the Plaintiffs' requested relief and certify the judgment for appeal.

This action involves multiple claims for relief and multiple parties. The Court's Opinion was intended to resolve all pending claims and provide finality to the parties. However, there could be no judgment on all of the claims because of a bankruptcy stay as to one of the parties.

Pursuant to Rule 54(b), the Court hereby finds there is no just reason to delay the enforcement of the portion of the Opinion and Order granting dismissal.

<u>Ergo</u>, the Plaintiffs' Motion for Reconsideration and for Certification of Judgment for Appeal under Rule 54(b) [d/e 257] is GRANTED.

Because there is no just reason to delay entry of a final judgment as to fewer than all claims or parties, the Court's Final Opinion and Judgment is hereby certified as a final order pursuant to Rule 54(b).

ENTER: July 7, 2021          FOR THE COURT:

                             <u>/s/ *Richard Mills*</u>
                             Richard Mills
                             United States District Judge

10

60